UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOSSAMER WING, LLC, as Trustee,

    Plaintiff,

v.     CASE NO. 8:21-cv-624-WFJ-AEP
(former Fifteenth Judicial Circuit Court Case,
Palm Beach County, Florida, No. 20-CA-11308)

THE BANK OF NEW YORK MELLON
f/k/a THE BANK OF NEW YORK, as
Trustee for the Certificate holders of
CWABS, Inc., Asset-Backed
Certificates, Series 2007-2,

    Defendant.
_____/

## ORDER VACATING JUDGMENT

Upon consideration of this matter and being advised of the premises, the Court hereby vacates the Default Final Judgment entered in this case on January 6, 2021, recorded on January 8, 2021, and found at Palm Beach County, Florida, Official Records Book 32081, Pages 213–214 (Dkt. 49-1).

The Court further sets aside the Clerk's default entered herein (Dkt. 1-1 at 32).

**DONE AND ORDERED** at Tampa, Florida, on April 15, 2021.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of record