**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/16/19 | Pinellas | 19-008350-CI | LP ASSETS, LLC, as Trustee v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Financial Asset Securities Corp., Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 | Lee Segal | USDC MD-Tampa Div. 8:21-cv-00542 | 59 Acacia Street Clearwater Beach, FL 33767 Pinellas County | 1/28/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 1/9/20.<br><br>1/31/20: Clerk entered default.<br><br>2/6/20: Court entered default judgment for $662,484.00.<br><br>1/8/21: Defendant filed notice of appearance.<br><br>1/27/21: Defendant filed motion to quash service and vacate default (re-filed in federal court on 3/26/21, Doc. 5).<br><br>4/12/21: Court entered Order granting motion to quash and vacate default due to Plaintiff's failure to respond (Doc. 8). |
| 2 | 03/19/20 | Orange | 2020CA003153 | ZIFFERRYN VENTURES, LLC, as Trustee of the 8172 Via Rosa Land Trust v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for MortgageIT Trust 2005-2 | Lee Segal | N/A | 8172 Via Rosa Orlando, FL 32836 Orange County | 7/13/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 7/6/20.<br><br>7/31/20: Clerk entered default.<br><br>8/20/20: Plaintiff re-filed the Complaint in Charlotte County Case No. 20-CA-747.<br><br>8/26/20: Defendant filed motion to quash service and vacate default.<br><br>12/3/20: Plaintiff re-filed the Complaint in Clay County Case No. 20-CA-929.<br><br>2/25/21: Court entered Order granting Defendant's motion to quash and vacate. |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 3 | 04/27/20 | Manatee | 2020CA001548 | Inland Assets LLC, as trustee v. The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-5 | Lee Segal | N/A | 7724 US Open Loop, Bradenton, FL 34202 Manatee County | 5/13/20: Defendant filed motion to dismiss.<br><br>6/25/20: Plaintiff filed notice of voluntary dismissal.<br><br>12/14/20: Court entered Order granting Defendant's motion to dismiss with prejudice. |
| 4 | 04/28/20 | Pinellas | 2020-002097-CI | Kenneth B Kaye, Jr and Kristine M Kaye v. The Bank of New York Mellon f/k/a The Bank of New Yorkm as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OH3, Mortgage Pass-Through Certificates, Series 2007-OH3 | Lee Segal, | USDC MD - Tampa Div. 8:21-cv-00469 | 8536 42nd Ave N, Saint Petersburg, FL 33709 Pinellas County | 5/21/20: Plaintiffs filed affidavit of service attesting to service on CT Corp on 4/20/20.<br><br>5/22/20: Clerk entered default.<br><br>6/10/20: Court entered default judgment for declaratory relief.<br><br>8/26/20: Plaintiffs re-filed complaint in Okechobee County Case No. 20-CA-148.<br><br>12/29/20: Defendant filed motion to quash service and vacate default.<br><br>4/13/21: Court entered Order quashing service, vacating default, and denying motion to stay (Doc. 37). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 5 | 06/24/20 | Pasco | 2020CA1437ESB | ABPAYMAR LLC vs. DEUTSCHE BANK NATIONAL TRUST COMPANY | Lee Segal | N/A | 30531 Midtown Court Wesley Chapel, FL 33544 Pasco County | 7/30/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 7/17/20.<br><br>8/11/20: Clerk entered default.<br><br>10/13/20: Court entered sua sponte Order denying Plaintiff's motion for summary judgment and appointing attorneys ad litem to represent DBNTC.<br><br>10/13/20: Plaintiff filed notice of voluntary dismissal.<br><br>10/14/20: Plaintiff re-filed the complaint in Baker County Case No. 20-CA-115. |
| 6 | 06/30/20 | Pinellas | 20-003116-CI | JEFFREY M. HAHN and CARLA TURNER HAHN v. DEUTSCHE BANKNATIONAL TRUST COMPANY, as Trustee for GSAA Home Equity Trust 2006-10 Asset Backed Certificates, Series 2006-10 | Lee Segal | N/A | 1517 Jungle Ave., N. St. Petersburg, FL 33710 Pinellas County | 7/15/20: Plaintiffs filed affidavit of service attesting to service on CT Corp on 7/13/20.<br><br>8/4/20: Clerk entered default.<br><br>8/11/20: Plaintiffs filed the same complaint in Polk County Case No. 20-CA-2487.<br><br>8/13/20: Defendant filed motion to quash service and vacate default.<br><br>10/23/20: Plaintiffs filed notice of voluntary dismissal. |
| 7 | 07/17/20 | Lee | 2020CA004636 | QUEST SYSTEMS, LLC, as Trustee of the 16347 Coco Hammock Land Trust Dated November 29, 2012 v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee | Lee Segal | USDC MD - Ft. Myers Div. 2:21-cv-00040 | 16347 Coco Hammock Way Fort Myers, FL 33908 Lee County | 7/30/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 7/24/20.<br><br>8/17/20: Clerk entered default.<br><br>9/18/20: Court entered default judgment for $1,019,370.00.<br><br>1/14/21: Defendant filed motion to quash service.<br><br>3/1/21: Court entered Order quashing service, vacating default, denying remand, and ordering Plaintiff to serve Defendant (Doc. 26). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 8 | 07/20/20 | Brevard | 05-2020-CA-035223 | Jacaranda, LLC, as Trustee for the certificateholders of the Brev 1144 Land Trust v. Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2004-1 | Lee Segal | N/A | 1144 White Oak Circle Melbourne, FL 32934-7287 Brevard County | 7/30/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 7/24/20.<br><br>8/18/20: Clerk entered default.<br><br>10/19/20: Court entered default judgment for $717,300.00.<br><br>12/3/20: Defendant filed motion to vacate default. |
| 9 | 07/30/20 | Pinellas | 2020-003614-CI | Jimmy Aviram v. The Bank of New York Mellon, as Trustee | Lee Segal | USDC MD-Tampa Div. 8:21-cv-00432 | 970 Monte Cristo Blvd, Tierra, FL 33715 Pinellas County | 8/12/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 8/5/20.<br><br>9/1/20: Clerk entered default.<br><br>10/8/20: Court entered default judgment for declaratory relief.<br><br>10/23/20: Defendant filed motion to quash service and vacate default (re-filed in federal court on 3/12/21, Doc. 23).<br><br>3/16/21: Plaintiff responded to motion to quash service and vacate default (Doc. 24). |
| 10 | 08/11/20 | Pasco | 2020CA001794AAXWS | INLAND ASSETS LLC AS TRUSTEE OF 4417 RUDDER WAY vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for GSAMP Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 | Lee Segal | N/A | 4417 Rudder Way New Port Richey, FL 34652 Pasco County | 9/1/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 8/13/20.<br><br>9/4/20: Clerk entered default.<br><br>10/20/20: Plaintiff filed notice of voluntary dismissal.<br><br>10/20/20: Plaintiff re-filed the complaint in Columbia County Case No. 20-CA-245.<br><br>10/21/20: Court entered Order denying Plaintiff's motion for summary judgment. |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 11 | 08/11/20 | Pinellas | 20-003796-CI | THE 12033 GANDY BLVD UNIT 175 TRUST, By Ziferryn Ventures, LLC, Trustee v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Harborview Mortgage Loan Trust 2005-9 Mortgage Loan Pass-Through Certificates, Series 2005-9 | Lee Segal | USDC MD - Tampa Div. 8:21-cv-00536 | 12033 Gandy Blvd Unit 175 St. Petersburg, FL 33702 Pinellas County | 9/1/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 8/13/20.<br><br>9/2/20: Clerk entered default.<br><br>10/9/20: Court entered default judgment for $894,300.00.<br><br>12/4/20: Court entered amended default judgment for $896,945.00.<br><br>1/21/21: Defendant filed motion to vacate default.<br><br>3/8/21: Defendant filed motion to quash service and vacate default. |
| 12 | 08/11/20 | Pinellas | 20-003799-CI | LP Assets, LLC, as Trustee v, Deustche Bank National Trust Company as Trustee for Financial Asset Securities Corp., Soundview Home Loan Trust 2007-WMCI | Lee Segal | USDC MD - Tampa Div. 8:21-cv-00338 | 59 Acacia Street Clearwater Beach, FL 33767 Pinellas County | 9/1/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 8/13/20.<br><br>9/3/20: Clerk entered default.<br><br>10/13/20: Court entered default judgment for $1,828,500.00.<br><br>10/28/20: Defendant filed motion to quash service and vacate default (re-filed in federal court on 3/4/21, Doc. 14).<br><br>3/12/21: Court entered Order denying remand and warning Plaintiff's counsel concerning sanctionable conduct (Doc. 21). |

DBNTC/BNYM CASES

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 13 | 08/11/20 | Polk | 2020ca002487 | JEFFREY M. HAHN and CARLA TURNER HAHN v. DEUTSCHE BANK NATIONAL TRUST COMPANY,  as Trustee for GSAA Home Equity Trust 2006-10 Asset Backed Certificates, Series 2006-10 | Lee Segal; Lazenby, Megan | USDC MD - Tampa Div. 8:21-cv-00039 | 1517 Jungle Ave., N. St. Petersburg, FL 33710 Pinellas County | 6/30/20: Plaintiffs filed the same complaint in Pinellas County Case No. 20-003116-CI.<br><br>8/31/20: Plaintiffs filed affidavit of service attesting to service on CT corp on 8/19/20.<br><br>9/9/20: Clerk entered default.<br><br>12/11/20: Plaintiff filed notice of appearance of Megan Lazenby.<br><br>1/22/21: Court entered Orders granting motion to quash service, denying Plaintiffs' motion for summary judgment, and denying the motion to remand (Doc. 13-15). |
| 14 | 08/13/20 | Lee | 2020CA005336 | GEORGE WEBER, as Co-Trustee of the 10703 Beagle Run Place Land Trust, dated 12/30/11 v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, on behalf of the holders of the IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4 | Lee Segal | N/A | 10703 Beagle Run Place Tampa, FL 33626 Hillsborough County | 9/2/20: Defendant filed motion to dismiss.<br><br>10/1/20: Court entered Order requiring parties to confer regarding motion to dismiss and on issue of venue.<br><br>10/13/20: Plaintiff re-filed the complaint in St. Johns County Case No. 20-CA-1102.<br><br>10/29/20: Plaintiff filed notice of voluntary dismissal. |
| 15 | 08/17/20 | Hardee | 2020ca000292 | LEONARDO DIGIOVANNI vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, f.k.a. Bankers Trust Company of California, N.A., as Trustee of the Vendee Mortgage Trust 1999-3, and DEUTSCHE BANK NATIONAL TRUST COMPANY, f.k.a. Bankers Trust Company of California, N.A., as Trustee of the Vendee Mortgage Trust 1999-2 | Lee Segal | N/A | 2716 SW 36th Lane Cape Coral, FL 33914 Lee County | 9/1/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 8/26/20.<br><br>9/18/20: Clerk entered default.<br><br>1/13/21: Defendant filed motion to quash service and vacate clerk's default.<br><br>4/30/21: Court entered Order quashing service and vacating clerk's default. |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 16 | 08/20/20 | Collier | 11-2020-CA-002637-0001-XX | GEORGE WEBER vs. DEUTSCHE BANK NATIONAL TRUST COMPANY | Lee Segal | USDC MD - Ft. Myers Div. 2:21-cv-00039 | 12321 Adventure Drive Riverview, FL 33569 Hillsborough County | 9/10/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 8/26/20.<br><br>9/3/20: Plaintiff filed the same complaint in Lafayette County Case No. 20-CA-95 and obtained identical default judgments in both cases.<br><br>9/17/20: Clerk entered default.<br><br>10/13/20: Court entered defaut judgment for $858,907.50.<br><br>2/2/21: Defendant filed motion to quash service  (Doc. 12).<br><br>2/8/21: Plaintiff filed response to motion to quash service (Doc. 15).<br><br>3/1/21: Court entered Order quashing service, vacating default, denying remand, and ordering Plaintiff to serve Defendant (Doc. 24). |
| 17 | 08/20/20 | Dixie | 2020CA000035 | LP ASSETS, LLC, AS TRUSTEE vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Financial Asset Securities Corp., Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 | Lee Segal | N/A | 59 Acacia Street Clearwater Beach, FL 33767 Pinellas County | 9/10/20: Plaintiff filed affidavit of service (unavailable to view on docket).<br><br>9/16/20: Clerk entered default.<br><br>1/21/21: Defendant filed motion to quash service and vacate clerk's default. |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 18 | 08/20/20 | Hendry | 2020CA000336 | SHEN YI, LLC, a New Mexico Limited Liability Company, as Trustee of the 1970 Hidden Lake Dr I.V. Trust Under Agreement Dated August 25, 2011 v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, in Trust for the Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006-HE8 | Lee Segal | USDC MD - Ft. Myers Div. MD 2:21-cv-00066 | 1970 Hidden Lake Drive Palm Harbor, FL 34683 Pinellas County | 9/10/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 8/26/20.<br><br>9/18/20: Clerk entered default.<br><br>10/15/20: Court entered default judgment for $658,200.00.<br><br>1/4/21: Court entered amended default judgment for $861,552.50.<br><br>1/26/21: Defendant filed motion to quash service and vacate default (and re-filed 2/22/21) (Doc. 17).<br><br>4/5/21: Plaintiff filed notice of voluntary dismissal (Doc. 28).<br><br>4/7/21: Court entered Order dismissing case and vacating default judgment pursuant to stipulation of the parties. (Doc. 30). |
| 19 | 08/20/20 | Charlotte | 2020CA000747 | ZIFERRYN VENTURES LLC, as Trustee of the 8172 Via Rosa Land Trust v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for Mortgage IT Trust 2005-2 | Lazenby, Megan; Lee Segal | N/A | 8172 Via Rosa Orlando, FL 32836 Orange County | 9/16/20: Plaintiff filed affidavit of service attesting that service was delivered to CT Corp on 9/14/20.<br><br>10/6/20: Clerk entered default.<br><br>11/30/20: Plaintiff filed notice of appearance of Megan Lazenby.<br><br>12/2/20: Court entered Order denying Plaintiff's motion for summary judgment.<br><br>12/2/20: Plaintiff filed notice of voluntary dismissal.<br><br>12/3/20: Plaintiff re-filed the complaint in Clay County Case No. 2020CA000929. |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 20 | 08/24/20 | Clay | 2020CA000658 | YHT AND ASSOCIATES INC vs. DEUTSCHE BANK NATIONAL TRUST COMPANY | Lee Segal | USDC MD - Jacksonville Div. 3:21-cv-00050 | 20348 Homosassa Court Land O Lakes, FL 34637 Palm Beach County | 9/14/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 9/9/20.<br><br>10/2/20: Clerk entered default.<br><br>12/8/20: Court entered default judgment for $989,649.00.<br><br>1/14/21: Defendant filed motion to quash service (re-filed on 2/3/21) (Doc. 13).<br><br>2/8/21: Plaintiff filed response to motion to quash service (Doc. 2/8/21).<br><br>4/15/21: Court entered Order denying remand and quashing service of process (Doc. 24). |
| 21 | 08/24/20 | Desoto | 2020CA000356 | MARKET TAMPA INVESTMENTS, LLC vs. DEUTSCHE BANK NATIONAL TRUST COMPANY | Lee Segal | USDC MD - Ft. Myers Div. 2:21-cv-00037 | 4716 Hunts Court Plant City, FL 33566 Hillsborough County | 9/10/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 8/26/20.<br><br>9/15/20: Clerk entered default.<br><br>10/21/20: Court entered default judgment for $699,528.00.<br><br>12/4/20: Court entered amended default judgment for $702,263.00.<br><br>3/1/21: Court entered Order granting Defendant's motion to quash service and vacate default, and denying Plaintiff's motion to remand (Doc. 30). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 22 | 08/24/20 | Highlands | 2020CA000270 | FLORIDA LIMITED INVESTMENT PROPERTIES, INC. v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee | Lee Segal | USDC SD - Ft. Pierce Div. 2:21-cv-014039 | 30339 Rattana Court Wesley Chapel, FL 33544 Pasco County | 10/3/20: Plaintiff filed amended complaint substituting DBTCA for DBNTC.<br><br>10/14/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/8/20.<br><br>10/29/20: Clerk entered default.<br><br>12/14/20: Court entered default judgment for $801,076.50.<br><br>1/22/21: Defendant filed motion to quash service.<br><br>2/14/21: Plaintiff filed response to motion to quash service (Doc. 12). |
| 23 | 08/24/20 | Sumter | 2020CA000397 | RICHARD DECOURSY vs. DEUTSCHE BANK et al. | Lee Segal | USDC MD - Tampa Div. 8:21-cv-00630 | 3585 Fairview Street Safety Harbor, FL 34695 Pinellas County | 9/10/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 8/26/20.<br><br>9/18/20: Clerk entered default.<br><br>10/20/20: Court entered default judgment for $2,926,200.00.<br><br>12/10/20: Court entered amended default judgment for $2,929,025.00.<br><br>1/19/21: Defendant filed motion to quash service (and re-filed on 2/3/21 (Doc. 14)).<br><br>3/31/21: Court entered Order granting motion to quash service (Doc. 31). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 24 | 08/26/20 | Okeechobee | 2020CA000148 | Kenneth B Kaye, Jr and Kristine M Kaye v. The Bank of New York Mellon | Lee Segal | N/A | 8536 42nd Ave N, Saint Petersburg, FL 33709 Pinellas County | 9/2/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 8/31/20.<br><br>9/23/20: Clerk entered default.<br><br>10/30/20 Court entered default judgment for $5,156,883.00.<br><br>12/23/20: Court entered amended default judgment for $5,233,268.00.<br><br>2/17/21: Defendant filed motion to quash service and vacate default. |
| 25 | 09/01/20 | Hardee | 2020ca00310 | Jimmy Aviram v. The Bank of New York Mellon | Lee Segal; Megan Lazenby | N/A | 970 Monte Cristo Blvd, Tierra, FL 33715 Pinellas County | 9/9/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 9/8/20.<br><br>9/28/20: Plaintiff filed notice of appearance from Megan Lazenby.<br><br>9/29/20: Clerk entered default.<br><br>1/13/21: Defendant filed notice of appearance.<br><br>1/20/21: Court entered Order denying Plaintiff's motion for summary judgment after default. |
| 26 | 09/01/20 | Nassau | 2020CA000238 | Abpaymar LLC as trustee v. The Bank of New York Mellon | Lee Segal | USDC MD – Jacksonville Div. 3:20-cv-01146 | 3535 Heron Dr S, Jacksonville Beach, FL 32250 Duval County | 9/9/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 9/8/20.<br><br>9/21/20: Defendant filed notice of appearance.<br><br>10/29/20: Defendant filed motion to dismiss (Doc. 11).<br><br>12/28/20: Court entered Order granting Defendant's motion to dismiss after Plaintiff failed to file a response (Doc. 13). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 27 | 09/03/20 | Clay | 2020CA000695 | ABPAYMAR LLC AS TRUSTEE vs. DEUTSCHE BANK NATIONAL TRUST COMPANY | Lee Segal; Megan Lazenby | USDC MD-Jacksonville Div. 3:21-cv-00341 | 2459 Bentwater Drive West Jacksonville, FL 32246 Duval County | 9/14/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 9/9/20. <br><br> 10/2/20: Clerk entered default. <br><br> 12/2/20: Plaintiff filed notice of appearance from Megan Lazenby. <br><br> 12/3/20: Court entered default judgment for $952,866.00. <br><br> 2/15/21: Defendant filed motion to quash service and vacate default (re-filed in federal court on 4/14/21, Doc. 8). <br><br> 4/13/21: Defendant filed motion for rehearing of default judgment (Doc. 7) (amended 4/14/21, Doc. 9). <br><br> 4/23/21: Plaintiff filed motion to remand (Doc. 11). |
| 28 | 09/03/20 | LaFayette | 342020CA000095 CAAXMX | GEORGE WEBER, as Trustee of the 12321 Adventure Drive Land Trust Dated 12/30/2011 v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for New Century Home Equity Loan Trust, Series 2005-B, Asset Backed Pass-Through Certificates | Lee Segal | USDC ND - Gainesville Div. 1:21-cv-00015 | 12321 Adventure Drive Riverview, FL 33569 Hillsborough County | 8/20/20: Plaintiff filed the same Complaint in Collier County Case No. 20-CA-2637 and obtained identical default judgments in both cases. <br><br> 2/19/21: District Court entered Order requiring Plaintiff to show cause why the case should not be dismissed and fees awarded (Doc. 9) <br><br> 3/15/21: Court entered Order vacating default and dismissing case (Doc. 13). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 29 | 09/09/20 | Taylor | 20-CA-380 | 9937 Sago Point Drive Land Trust, By MDTR, LLC, Trustee v. The Bank of New York Mellon as Successor Trustee to JPMorgan Chase Bank, NA, as Trustee for SAMI 2005-AR7 | Lee Segal | N/A | 9937 Sago Point Dr, Largo, FL 33777 Pinellas County | 10/6/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 9/24/20.<br><br>10/15/20: Clerk entered default.<br><br>12/4/20: Court entered default judgment for $1,630,530.00.<br><br>12/17/20: Defendant filed motion to quash service and vacate default.<br><br>2/11/21: Court entered Order vacating default judgment and reserving ruling on sufficiency of service of process.<br><br>3/14/21: Plaintiff filed notice of appeal of order vacating default. |
| 30 | 09/10/20 | Bradford | 04-2020-CA-0340 | Anna Lofgren v. DBNTC and DBTCA | Lee Segal | N/A | 26-28 Evergreen Avenue Clearwater, FL 33756 Pinellas County | 9/16/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 9/14/20.<br><br>10/8/20: Clerk entered default.<br><br>12/14/20: Defendant filed motion to vacate default.<br><br>1/8/21: Defendant filed motion to quash service. |
| 31 | 09/10/20 | Levy | 2020-CA-000122 | George Widunas v. Deutsche Bank National Trust Company, as Trustee for JPMorgan Acquisition Trust 2007-CH1, Asset-Backed, Pass-Through Certificates, Series 2007-CH1 | Lee Segal | USDC ND-Gainesville Div. 1:21-cv-38 | 3110 Cedar Street, Ellenton, FL 32210 Manatee County | 10/1/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 9/17/20.<br><br>10/8/20: Clerk entered default.<br><br>2/2/21: Court entered Order granting in part motion for final summary judgment after default.<br><br>3/18/21: Defendant filed motion to quash service, vacate default, and dismiss complaint (Doc. 6). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 32 | 09/10/20 | Osceola | 2020-CA-2287-OC | Inland Assets, LLC, as Trustee of the 8101 Lake Serene Drive Land Trust v. The Bank of New York Mellon, as Trustee for CWMBS 2005-7 | Lee Segal | USDC MD-Orlando Div. 6:21cv00443 | 8101 Lake Serene Dr, Orlando, FL 32836 Orange County | 9/23/20: Plaintiff filed affidavit of service attesting service on CT Corp on 9/22/20. <br><br>10/14/20: Clerk entered default. <br><br>12/17/20: Court entered default judgment for $3,859,588.50. <br><br>12/24/20: Defendant filed motion to quash service and vacate default (re-filed in federal court on 4/14/21, Doc. 30). |
| 33 | 09/16/20 | Flagler | 2020 CA 000427 | Abpaymar, LLC, as Trustee v. The Bank of New York Mellon as Trustee for CWABS 2007-4 | Lee Segal | N/A | 8253 Crescent Moon Dr, New Port Richey, FL 34655 Pasco County | 9/23/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 9/22/20. <br><br>10/13/20: Clerk entered default. <br><br>1/5/21: Defendant filed emergency motion to vacate clerk's default. <br><br>1/14/21: Court entered Order granting Defendant's emergency motion to vacate clerk's default. <br><br>2/3/21: Defendant filed motion to dismiss complaint. |
| 34 | 09/17/20 | Gilchrist | 2020CA000035 | Inland Assets LLC as trustee of the 7724 US Open Loop Land Trust v. The Bank of New York Mellon as trustee for CWABS 2004-5 | Lee Segal | N/A | 7724 US Open Loop, Bradenton, FL 34202 Manatee County | 9/23/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 9/22/20. <br><br>10/14/20: Clerk entered default. <br><br>11/13/20: Defendant filed motion to vacate clerk's default and motion to dismiss. |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 35 | 09/18/20 | Alachua | 01 2020 CA 002497 | AREIAS, EVA et al -VS- DEUTSCHE BANK NATIONAL TRUST COMPANY | Lee Segal | N/A | 225 South Valrico Road Valrico, FL 33594 Hillsborough County | 10/6/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 9/24/20.<br><br>10/15/20: Clerk entered default.<br><br>12/11/20: Court entered Order requiring additional documentation prior to ruling on motion for summary judgment after default.<br><br>12/13/20: Plaintiff re-filed complaint in Clay County Case No. 20-CA-955.<br><br>12/17/21: Plaintiff filed notice of voluntary dismissal. |
| 36 | 09/21/20 | Seminole | 2020CA002279 | SEAN SHANNON v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE7, Mortgage Pass-Through Certificates, Series 2005-HE7 | Lee Segal | USDC MD - Orlando Div. 6:21-cv-00198 | 1365 Honey Road Apopka, FL 32712 Orange County | In foreclosure action being challenged in the Complaint, the parties entered into a settlement agreement after entry of foreclosure judgment. (Orange County Case No. 2016-CA-004611)<br><br>10/6/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 9/24/20.<br><br>10/20/20: Clerk entered default.<br><br>12/21/20: Court entered default judgment for $758,250.00.<br><br>1/29/21: Defendant filed motion to quash service and vacate default (re-filed 2/19/21, Doc. 16). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 37 | 09/22/20 | Wakulla | 2020CA000132 | Jacaranda LLC, as Trustee of the 1427 Emerald Hill Way v. BANK OF NEW YORK MELLON f/k/a BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2006-6CB - MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6CB | Lee Segal | USDC ND – Tallahassee Div. 4:21-cv-00083 | 1427 EMERALD HILL WAY, VALRICO, FL 33594 Hillsborough County | 10/5/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 9/24/20. <br><br>10/15/20: Clerk entered default. <br><br>12/7/20: Court entered default judgment for $958,057.50. <br><br>2/1/21: Defendant filed motion to vacate default (re-filed in federal court on 2/11/21, Doc. 5). <br><br>2/17/21: Plaintiff filed motion to remand (Doc. 7). <br><br>4/1/21: Court entered Order granting motion to remand (Doc. 38). |
| 38 | 09/23/20 | Bay | 20001663CA | HAULSEE, MICHAEL vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE | Lee Segal; Carla Turner-Hahn; Matthew Wolf | USDC MD - Pensacola Div. 8:21-cv-00349 | 2900 Pelham Road North St. Petersburg, FL 33710 Pinellas County | 9/23/20: Plaintiff obtained summons stating that Defendant is required to serve defenses on "Plaintiff's attorney, Lee Segal." <br><br>10/7/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 9/24/20. <br><br>10/15/20: Clerk entered default. <br><br>12/23/20: Defendant filed motion to vacate default and opposition to motion for summary judgment. <br><br>2/2/20: Defendant filed motion to quash service (Doc. 4). <br><br>2/9/20: Plaintiff filed response to motion to quash service (Doc. 10). <br><br>3/16/21: Court entered Order denying motion to remand (Doc. 24). <br><br>3/30/21: Court entered Order quashing service of process (Doc. 26). <br><br>4/23/21: Plaintiff filed notice of voluntary dismissal (Doc. 31). |

DBNTC/BNYM CASES

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 39 | 10/04/20 | Marion | 2020CA001587 | CENTURION SYSTEMS, LLC, A (REVOKED) NEW MEXICO LIMITED LIABILITY COMPANY, AS SUCCESSOR TRUSTEE UNDER THE 6280 30TH AVENUE NORTH LAND TRUST,  v.THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR BEAR STEARNS ALT-A TRUST 2005-8, MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2005-8, | Lee Segal | USDC MD-Tampa Div. 8:21-cv-726 | 2924 Lichen Lane #B, Clearwater, FL 33760 Pinellas County | 10/9/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/8/20.<br><br>11/2/20: Clerk entered default.<br><br>12/3/20: Court entered default judgment for $858,976.50.<br><br>3/9/21: Defendant filed motion to quash service and vacate default (Doc. 6).<br><br>4/19/21: Court entered Order quashing service, vacating default, and warning Plaintiff's counsel of sanctionable conduct (Doc. 36). |
| 40 | 10/05/20 | Lake | 2020CA001588 | Jason Hebert, et al. v. Deutsche Bank National Trust Company | Carla Turner-Hahn; Lee Segal | USDC MD - Tampa Div. 8:21-CV-626 | 6355 23rd Lane North, St. Petersburg, FL 33702 | Pinellas County | In foreclosure action at issue in the Complaint, the foreclosure judgment was vacated on 8/28/20 pursuant to a Loan Modification Agreement. (Pinellas County Case No. 2014-006092-CI)<br><br>10/5/20: Plaintiff obtained summons stating that Defendant is required to serve defenses on "Plaintiff's attorney, Lee Segal."<br><br>10/14/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/8/20.<br><br>10/29/20: Plaintiff filed notice of appearance of Lee Segal.<br><br>10/30/20: Clerk entered default.<br><br>2/18/21: Defendant filed motion to quash service and set aside clerk's default(Doc. 5).<br><br>4/6/21: Court entered Order quashing service and vacating default due to Plaintiff's failure to respond (Doc. 18).<br><br>4/8/21: Defendant filed motion to dismiss for failure to state a claim (Doc. 20).<br><br>4/30/21: Court entered Order granting unopposed motion to dismiss (Doc. 21). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 41 | 10/05/20 | Santa Rosa | 2020CA000454 | Mark Eaton and Suzanne Eaton v. THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for the Benefit of the Certificateholders of the CWABS Asset-Backed Certificates Trust 2005-16 | Lee Segal | USDC ND – Pensacola Div. 3:21-cv-00251 | 315 E Selina St, Pensacola, FL 32503 Escambia County | 11/4/20: Plaintiff filed affidavit of service attesting to service on 11/2/20.<br><br>11/25/20: Clerk entered default.<br><br>2/5/21: Defendant filed motion to quash service and vacate default.<br><br>4/9/21: Court entered Order quashing service, vacating default, denying remand, denying motions for stay pending discovery, and ordering Plaintiff to effect service within 30 days (Doc. 44). |
| 42 | 10/06/20 | Bay | 20001724CA | DECOURSY, RICHARD vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee | Lee Segal | USDC MD - Tampa Div. 8:21-cv-00477 | 2861 Thaxton Drive, Unit 46 Palm Harbor, FL 34684 Pinellas County | 10/14/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/8/20.<br><br>10/29/20: Clerk entered default.<br><br>1/5/21: Defendant filed motion to vacate default.<br><br>1/13/21: Defendant filed motion to quash service.<br><br>3/1/21: Court entered Order directing Plaintiff to provide proof of service (Doc. 30).<br><br>4/29/21: Court entered Order dismissing case without prejudice for lack of prosecution (Doc. 36). |
| 43 | 10/06/20 | Indian River | 2020ca000612 | Wallace Cook v. THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2007-HY7, Mortgage Pass-Through Certificates, Series 2007-HY7 | Lee Segal | N/A | 2778 Wyndham Way, Melbourne, FL Brevard County | 10/9/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/8/20.<br><br>11/2/20: Defendant filed motion to dismiss.<br><br>2/4/21: Plaintiff filed notice of voluntary dismissal. |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 44 | 10/07/20 | St. Lucie | 2020CA001506 | ALBERT WILSON vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Morgan Stanley 2007-NC4 | Lee Segal | USDC SD - Ft. Pierce Div. 2:21-cv-14036 | 1004 Lee Ave. Rockledge, FL 32955 Brevard County | 10/14/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/8/20.<br><br>10/29/20: Clerk entered default.<br><br>12/10/20: Court entered default judgment for $460,134.00.<br><br>1/21/20: Defendant filed motion to quash service.<br><br>2/12/21: Plaintiff filed response to motion to quash service (Doc. 14). |
| 45 | 10/07/20 | Bay | 20-CA-1738 | Bonafide Properties, LLC, as Trustee under the 6733 Breezy Palm Drive Land Trust Dated the 30 Day of April, 2014 v. The Bank of New York Mellon, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-24 | Lee Segal | USDC MD- Panama City Div. 8:21-cv-752 | 6733 Breezy Palm Dr, Riverview, FL 33569 Hillsborough County | 10/20/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/12/20.<br><br>11/3/20: Clerk entered default.<br><br>12/30/20: Defendant filed motion to quash service and vacate default.<br><br>3/11/21: Plaintiff filed response to motion to quash and vacate default (Doc. 14).<br><br>3/29/21: Court entered Order denying remand, quashing service, vacating default, transferring case to the Middle District, and denying Plaintiff's motion for sanctions (Doc. 25). |
| 46 | 10/07/20 | Martin | 2020CA000880 | CENTURION SYSTEMS, LLC, a New Mexico Limited Liability Company, as Trustee of the 2381 Bridgewood Trail Land Trust v. The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2007-10CB, Mortgage Pass-Through Certificates, Series 2007-10CB | Lee Segal | USDC SD- Ft. Pierce Div. 2:21-cv-14090 | 2381 Bridgewood Trail, Orlando, FL Orange County | 10/20/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/12/20.<br><br>11/5/20: Clerk entered default.<br><br>12/15/20: Court entered default judgment for $656,182.50.<br><br>1/28/21: Defendant filed motion to vacate default (and filed memorandum in support of motion to vacate on 2/26/21 in federal court, Doc. 15). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 47 | 10/10/20 | Sarasota | 2020CA004318 | QUEST SYSTEMS, LLC vs. DEUTSCHE BANK NATIONAL TRUST COMPANY | Lee Segal | USDC MD - Tampa Div. 8:21-cv-00623 | 4784 Woodward Place Sarasota, FL 34233 Sarasota County | 10/20/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/16/20.<br><br>11/9/20: Clerk entered default.<br><br>12/11/20: Court entered default judgment for $852,034.50.<br><br>12/29/20: Defendant filed motion to quash service and vacate default (re-filed in federal court on 4/7/21, Doc. 3). |
| 48 | 10/12/20 | Nassau | 2020CA000270 | WALLACE COOK, Pltf. vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, etc. and DEUTSCHE BANK TRUST COMPANY AMERICAS, etc., Dfts. | Lee Segal | N/A | 6949 Bayfront Rd. Cocoa, FL 32927 Brevard County; 1665 N. Banana River Dr. Merritt Island, FL 32952 Brevard County | 10/21/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/16/20.<br><br>11/9/20: Clerk entered default.<br><br>1/5/21: Defendant filed motion to vacate default. |
| 49 | 10/12/20 | Broward | CACE20016832 | Ava Lofgren fka Nicholas Lofgren v. THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-76 | Lee Segal | USDC SD-Ft. Lauderdale Div. 0:21-cv-60374 | 18-20 Evergreen Ave N, Clearwater, FL | Pinellas County | 10/15/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/14/20.<br><br>11/10/20: Clerk entered default.<br><br>1/15/21: Defendant filed notice of appearance.<br><br>2/23/21: Plaintiff filed motion to remand (Doc. 6).<br><br>3/17/21: Defendant filed motion to quash service and vacate default (Doc. 32).<br><br>3/19/21: Court entered Order granting remand (Doc. 33). |
| 50 | 10/12/20 | Franklin | 20200085CAAXMX | David Ellis and Suzanne Ellis v. The Bank of New York Mellon as Trustee for SAMI 2006-AR7, et al. | Lee Segal | N/A | 2271 Bridgeport Cir, Rockledge, FL Brevard County | |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 51 | 10/13/20 | Monroe | 20CA000394P | ERIKA GINSBERG-KLEMMT vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for American Home Mortgage Assets Trust 2006-5, Mortgage-Backed Pass-Through Certificates, Series 2006-5 | Lee Segal | USDC SD - Key West Div. 4:21-cv-10010 | 11 Sunset Drive, Unit 904 Sarasota, FL 34236 Sarasota County | 10/29/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/23/20. 11/18/20: Clerk entered default. 12/31/20: Defendant filed motion to quash service. 1/6/21: Court entered default judgment for $1,658,427.00. 2/12/21: Plaintiff filed motion to remand (Doc. 8). 3/2/21: Court entered Order remanding case to state court (Doc. 13). |
| 52 | 10/13/20 | St. Johns | 2020CA001102 | GEORGE WEBER, as Co-Trustee of the 10703 Beagle Run Place Land Trust, dated 12/30/11 v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, on behalf of the holders of the IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4 | Lee Segal | USDC MD - Jacksonville Div. 3:21-cv-00102 | 10703 Beagle Run Place Tampa, FL 33626 Hillsborough County | 8/13/20: Plaintiff filed the same complaint in Lee County Case No. 20-CA-5536. 10/21/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/16/20. 10/29/20: Plaintiff filed notice of voluntary dismissal of identical Lee County case. 11/6/20: Clerk entered default. 12/8/20: Court entered Order denying Plaintiff's motion for summary judgment after default. 1/26/21: Defendant filed motion to quash service and vacate clerk's default. 3/24/21: Defendant filed motion to quash service, vacate default, and dismiss complaint in federal court (Doc. 19). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 53 | 10/14/20 | Baker | 022020CA000115 CAAXMX | 30531 MIDTOWN COURT LAND TRUST, By ABPYAMAR, LLC, Trustee v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2005-3, Asset-Backed Certificates, Series 2005-3 | Lee Segal | USDC MD-Jacksonville Div. 3:21-cv-00185 | 30531 Midtown Court Wesley Chapel, FL 33544 Pasco County | 6/24/20: Plaintiff originally filed the complaint in Pasco County Case No. 20-CA-1437.<br><br>10/22/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/16/20.<br><br>11/10/20: Clerk entered default.<br><br>2/16/21: Defendant filed motion to vacate default and motion to dismiss (re-filed in federal court on 3/9/21, Doc. 5).<br><br>4/16/21: Court entered Order granting Defendant's motion to quash service and set aside clerk's default due to Plaintiff's failure to respond, Doc. 11). |
| 54 | 10/14/20 | Gadsden | 2020CA000742 | ERIKA GINSBERG-KLEMMT vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for American Home Mortgage Assets Trust 2006-5, Mortgage-Backed Pass-Through Certificates, Series 2006-5 | Lee Segal | USDC ND - Tallahassee Div. 4:21-cv-00041 Dismissed | 11 Sunset Drive, Unit 904 Sarasota, FL 34236 Sarasota County | 10/22/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/16/20.<br><br>11/10/20: Clerk entered default.<br><br>2/3/21: Plaintiff filed notice of voluntary dismissal (Doc. 9). |
| 55 | 10/16/20 | Collier | 11-2020-CA-003309-0001-XX | TAMMY KENNY vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of Argent Mortgage Securities, Inc. Asset-Backed Pass Through Certificates Series 2004-W11, Under the Pooling and Servicing Agreement dated as of October 1, 2004 Without Recourse | Lee Segal | USDC MD - Ft. Myers Div. 2:21-cv-00009 | 1690 Wainwright Street SE Palm Bay, FL 32909 Brevard County | 10/29/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/23/20.<br><br>11/17/20: Clerk entered default.<br><br>12/29/20: Defendant filed motion to vacate default.<br><br>3/1/21: Court entered Order granting Defendant's motion to quash service and vacate default and denying Plaintiff's motions for remand. (Doc. 30). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 56 | 10/18/20 | Palm Beach | 2020ca011308 | GOSSAMER WING LLC, as Trustee v. THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as Trustee for The Certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-2 | Lee Segal | USDC MD – Tampa Div. 8:21-cv-00624 | 4340 Huddlestone Dr, Wesley Chapel, FL Pasco County | Underlying foreclosure action at issue in the Complaint was resolved pursuant to a Settlement Agreement and Release of Claims (Pasco County Case No. 2008-CA-004054). 10/26/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/22/20. 11/19/20: Clerk entered default. 1/6/21: Court entered default judgment for $999,249.00. 2/24/21: Defendant filed motion to quash service and vacate default (Doc. 15). 3/7/21: Court entered Order granting Defendant's motion to quash service and vacate default, denying Plaintiff's motion for remand, and denying Plaintiff's motion for sanctions (Doc. 33). |
| 57 | 10/19/20 | Brevard | 05-2020-CA-047023-XXXX-XX | 11717 81ST PLACE LAND TRUST, By: BCP Management, LLC, as Trustee v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, on behalf of the Registered Holders of GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3 | Lee Segal | USDC MD - Tampa Div. 8:21-cv-276 | 11717 81st Place Seminole, FL 33772 Pinellas County | Underlying foreclosure action at issue in the Complaint was resolved pursuant to a Settlement and Release Agreement (Pinellas County Case No. 14-002579-CI). 10/29/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/23/20. 11/23/20: Clerk entered default. 12/30/20: Defendant filed motion to vacate default (re-filed in federal court on 2/22/21, Doc. 6). 4/21/21: Court entered Order quashing service and vacating default (Doc. 30). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 58 | 10/20/20 | Columbia | 2020CA000245 | 4417 RUDDER WAY LAND TRUST, by: Inland Assets, LLC, as Trustee v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for GSAMP Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 | Lee Segal | USDC MD - Jacksonville Div. 3:21-cv-00040 | 4417 Rudder Way New Port Richey, FL 34652 Pasco County | 8/11/20: Plaintiff originally filed Complaint in Pasco County Case No. 20-CA-1794.<br><br>10/29/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/23/20.<br><br>11/13/20: Clerk entered default.<br><br>12/22/20: Defendant filed motion to vacate default.<br><br>12/31/20: Defendant filed motion to quash service (re-filed in federal court 2/4/21, Doc. 13). |
| 59 | 10/20/20 | Jackson | 2020CA000351 | 18522 SUNWARD LAKE LAND TRUST, By:  BCP Management, LLC, as Trustee v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Morgan Stanley Home Equity Loan Trust Series 2006-3 | Lee Segal | USDC ND - Panama City Div. 5:21-cv-00017 | 18522 Sunward Lake Place Lutz, FL 33549 Hillsborough County | 10/29/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/23/20.<br><br>11/17/20: Clerk entered default.<br><br>1/19/21: Defendant filed motion to quash service.<br><br>4/16/21: Court entered Order granting Defendant's motion to quash service, vacating default, denying remand, and ordering Plaintiff to effect service within 30 days (Doc. 26). |
| 60 | 10/20/20 | Sumter | 2020CA000536 | 10611 BAMBOO ROAD LAND TRUST, By: BCP Management, LLC, as Trustee v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Harborview Mortgage Loan Trust 2006-8 | Lee Segal | USDC MD - Tampa Div. 8:21-CV-00628 | 10611 Bamboo Rod Circle Riverview, FL 33569 Hillsborough County | 10/29/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/23/20.<br><br>11/16/20: Clerk entered default.<br><br>1/5/21: Court entered default judgment for $681,246.00.<br><br>2/10/21: Defendant filed motion to quash service and vacate default (Doc. 8). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 61 | 10/22/20 | Desoto | 2020CA000433 | 2950 SUMMER SWAN LAND TRUST, By: BlackRock Asset Management, LLC, as Trustee v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Indymac INDX Mortgage Loan Trust 2007-AR1, Mortgage Pass-Through Certificates Series 2007-AR1 | Lee Segal | USDC MD - Ft. Myers Div. 2:21-cv-00042 | 2950 Summer Swan Drive Orlando, FL 32825 Orange County | 10/29/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/23/20.<br><br>11/13/20: Clerk entered default.<br><br>12/17/20: Court entered default judgment for $1,323,156.00.<br><br>2/4/21: Defendant filed motion to quash service and vacate default (Doc. 20).<br><br>3/1/21: Court entered Order granting Defendant's motion to quash service and vacate default, and denying Plaintiff's motions for remand (Doc. 31). |
| 62 | 10/22/20 | Escambia | 2020CA001394 | 1234 HOLLY CIRCLE LAND TRUST vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for CDC Mortgage Capital Trust 2004-HE1 | Lee Segal | USDC MD- Pensacola Div. 8:21-cv-725 | 1234 Holly Circle Oldsmar, FL 34677 Pinellas County | 10/29/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/23/20.<br><br>11/13/20: Clerk entered default.<br><br>1/5/21: Defendant filed motion to vacate default (re-filed in federal court on 4/7/21, Doc. 17).<br><br>2/5/21: Defendant filed motion to quash service (re-filed in federal court on 4/7/21, Doc. 18). |
| 63 | 10/26/20 | Gulf | 2020CA000131 | THE ANDERSON FAMILY LAND TRUST, By:  Bonafide Properties, LLC, as Trustee Only vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, in Trust for the Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 | Lee Segal | USDC ND - Panama City Div. 5:21-cv-00042 | 3135 Beaver Pond Trail Valrico, FL 33596 Hillsborough County | 11/11/21: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/20/20.<br><br>11/20/20: Clerk entered default.<br><br>12/31/20: Defendant filed motion to quash service and vacate default.<br><br>2/26/21: Court entered Order requiring Plaintiff to respond to motion to quash and vacate (Doc. 5).<br><br>3/5/21: Plaintiff filed notice of voluntary dismissal (Doc. 8). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 64 | 10/26/20 | Suwannee | 2020CA000172 | 15141 WILLOWDALE ROAD LAND TRUST, By: Jacaranda, LLC v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset-Backed Pass-Through Certificates Series 2007-CH1 | Lee Segal | USDC MD - Jacksonville Div. 3:21-cv-00460 | 15141 Willowdale Road, Tampa, FL 33625 Hillsborough County | 11/20/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 10/30/20.<br><br>11/23/20: Clerk entered default.<br><br>1/27/21: Court entered default judgment for $805,708.50.<br><br>4/21/21: Defendant filed notice of appearance and notice of intent to vacate default. |
| 65 | 10/28/20 | Hardee | 2020ca000385 | 3417 70TH GLEN EAST LAND TRUST, By:  FUBAR ASSETS, LLC, as Trustee vs. DEUTSCHE BANK NATIONAL TRUST COMPANY | Megan Lazenby | USDC MD- Tampa Div. 8:20-cv-03090 | 3417 70th Glen East Palmetto, FL 34221 Manatee County | 10/28/20: Plaintiff obtained summons requiring Defendant to serve defenses on Lee Segal.<br><br>10/30/20: Plaintiff obtained amended summons requiring Defendant to serve defenses on Megan Lazenby.<br><br>11/26/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 11/6/20.<br><br>11/28/20: Clerk entered default.<br><br>1/21/21: Defendant filed motion to set aside default (Doc. 14) (amended, Doc. 16).<br><br>2/23/21: Court entered Order granting in part defendant's motion to set aside clerk's default after plaintiff's failure to respond (Doc. 34).<br><br>2/23/21: Plaintiff filed notice of voluntary dismissal (Doc. 35). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 66 | 10/30/20 | Jefferson | 2020CA000194 | ABUNDANT LIFE HOMES, LLC v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1 | Megan Lazenby | USDC ND - Tallahassee Div. 4:21-cv-00053 | 4927 Southfork Drive Lakeland, FL 33813 Polk County | 11/26/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 11/6/20.<br><br>1/11/21: Defendant filed motion to vacate default.<br><br>1/26/21: Defendant filed motion to quash service.<br><br>3/12/21: Court entered Order granting motion to quash service, granting motion to vacate default, and ordering Plaintiff to effect service (Doc. 27).<br><br>4/16/21: Court entered Order dismissing case because Plaintiff failed to effect service pursuant to court order (Doc. 28). |
| 67 | 10/30/20 | Calhoun | 2020CA000094 | 5817 Peach Heather Trail Land Trust, By Jacaranda, LLC as Trustee v. The Bank of New York Mellon as Trustee for CWALT 2007-OA4 | Megan Lazenby | USDC ND – Panama City Div. 5:20-cv-00324 | 5817 Peach Heather Trail, Valrico, FL Hillsborough County | 11/5/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 11/4/20.<br><br>11/25/20: Clerk entered default.<br><br>12/10/20: Defendant filed motion to vacate default and dismiss complaint (Doc. 5).<br><br>2/1/21: Court entered Order granting Defendant's motion to vacate clerk's default and dismiss the complaint due to Plaintiff's failure to respond. (Doc. 13). |
| 68 | 11/06/20 | Walton | 2020CA000410 | 4462 RUDDER WAY TRUST, By: Inland Assets, LLC, Trustee v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for New Century Home Equity Loan Trust 2006-1 | Megan Lazenby; Matthew Wolf; Gregory Mausser | USDC ND - Pensacola Div. 3:21-cv-00323 | 4462 Rudder Way New Port Richey, FL 34652 Pasco County | 11/26/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 11/12/20.<br><br>12/3/20: Clerk entered default.<br><br>1/12/21: Plaintiff filed notice of appearance by Matthew Wolf.<br><br>1/22/21: Defendant filed motion to quash service and vacate default.<br><br>4/30/21: Order entered dismissing case without prejudice for Plaintiff's failure to prosecute and failure to comply with court order (Doc. 15). |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 69 | 11/06/20 | Desoto | 2020-CA-000461 | 1944 WOODCUT DRIVE LAND TRUST, By: ABPYAMAR, LLC, as Trustee v. THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-2 | Megan Lazenby; Jake Blanchard | USDC MD – Ft. Myers Div. 2:21-cv-00080 | 1944 Woodcut Dr, Lutz, FL Pasco County | 11/11/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 11/10/20.<br><br>12/1/20: Clerk entered default.<br><br>2/3/21: Plaintiff filed notice of appearance by Jake Blanchard (Doc. 14).<br><br>2/23/21: Defendant filed amended motion to quash service and vacate default (Doc. 25).<br><br>3/3/21: Plaintiff filed notice of voluntary dismissal (Doc. 29). |
| 70 | 11/16/20 | Lake | 2020CA1806 | Wallace Cook v. The Bank of New York Mellon fka THE BANK OF NEW YORK, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2007-HY7, Mortgage Pass-Through Certificates, Series 2007-HY7 | Megan Lazenby; Jake Blanchard | N/A | 2778 Wyndham Way, Melbourne, FL \| Brevard County | 10/6/20: Plaintiff filed the same complaint in Indian River County Case No. 2020-CA-000612.<br><br>11/20/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 11/19/20.<br><br>12/11/20: Clerk entered default.<br><br>1/22/21: Court entered default judgment for $3,973,284.00.<br><br>1/22/21: Court entered Order granting motion to substitute BCP Management, LLC, as Trustee of the 2778 Wyndham Way Land Trust as Plaintiff in place of Wallace Cook.<br><br>2/3/21: Defendant filed motion to vacate default.<br><br>2/5/21: Plaintiff filed notice of appearance by Jake Blanchard. |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 71 | 11/17/20 | Hendry | 2020CA000474 | DARLEEN DEPOALO vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee under Pooling and Servicing Agreement dated as of April 1, 2006 Morgan Stanley ABS Capital I Trust 2006-NC3, Mortgage Pass-Through Certificates Series 2006-NC3 | Megan Lazenby; Matthew Wolf | USDC MD - Ft. Myers Div. 2:21-cv-00038 | 1000 Tapon Woods Blvd #706 Palm Harbor, FL 34684 Pinellas County | 11/26/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 11/18/20.<br><br>12/9/20: Clerk entered default.<br><br>1/8/21: Defendant filed motion to vacate default.<br><br>1/13/21: Defendant filed motion to quash service.<br><br>3/1/21: Court entered Order granting Defendant's motion to quash and vacate default, and denying Plaintiff's motion for remand. (Doc. 29). |
| 72 | 11/17/20 | Marion | 2020CA001842 | DARLEEN DEPOALO v. THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as Trustee for the Noteholders CWABS, Inc., Mortgage-Backed Notes, Series 2005-HYB9 | Megan Lazenby; Jake Blanchard | N/A | 2272 Chianty Pl #41, Palm Harbor, FL Pinellas County | 11/25/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 11/20/20.<br><br>12/18/20: Clerk entered default.<br><br>1/15/21: Defendant filed motion to vacate default.<br><br>2/28/21: Plaintiff filed motion to strike motion to vacate and for sanctions. |
| 73 | 12/03/20 | Clay | 2020CA000929 | 8172 VIA ROSA LAND TRUST BY ZIFERRYN VENTURES LLC vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for MortgageIT Trust 2005-2 | Megan Lazenby; Gregory Mausser | USDC MD - Jacksonville Div. 3:21-cv-00248 | 8172 Via Rosa Orlando, FL 32836 Orange County | 12/22/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 12/7/20.<br><br>12/29/20: Clerk entered default.<br><br>12/29/20: Defendant filed motion to quash service and vacate default. |
| 74 | 12/13/20 | Clay | 2020CA000955 | EVA AREIAS and FRANK PERRULLI v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee | Megan Lazenby | N/A | 225 South Valrico Road Valrico, FL 33594 Hillsborough County | 12/23/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 12/17/20.<br><br>12/23/20: Defendant filed notice of appearance.<br><br>12/23/20: Plaintiff filed notice of voluntary dismissal. |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 75 | 12/13/20 | Okeechobee | 2020CA000212 | ANNA LOFGREN v. DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee | Megan Lazenby | USDC SD - Ft. Pierce Div. 2:21-cv-14115 | 26-28 Evergreen Avenue Clearwater, FL 33756 Pinellas County | 12/22/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 12/17/20.<br><br>12/29/20: Defendant filed notice of appearance.<br><br>1/26/21: Defendant filed motion to quash service and dismiss complaint. |
| 76 | 12/17/20 | Sumter | 2020 CA 000655 | Fubar Assets Land Trust By: BCP Management, LLC, as Trustee v. Bank of New York, as Trustee | Matthew Wolf | N/A | 1199 Penn Court NW, Palm Bay, FL Brevard County<br><br>390 Nora Ave., Merritt Island, FL Brevard County<br><br>4440 Chiming Lane, Rockledge, FL 32955 Brevard County<br><br>1026 Slayton Ave, Rockledge, FL Brevard County<br><br>983 Golf St, Rockledge, FL Brevard County<br><br>2271 Bridgeport Cir, Rockledge, FL Brevard County | 12/22/20: Plaintiff filed affidavit of service attesting to service on CT Corp on 12/22/20.<br><br>12/29/20: Defendant filed notice of appearance.<br><br>1/4/21: Plaintiff filed notice of voluntary dismissal. |
| 77 | 12/19/20 | Martin | 20001140CA | Securitization Fund Land Trust By: BlackRock Asset Management, Trustee v. Bank of New York Mellon a/k/a Bank of New York, as Trustee | Matthew Wolf | N/A | 5817 Peach Heather Trail, Valrico, FL Hillsborough County | 12/23/20: Defendant filed notice of appearance.<br><br>12/23/20: Plaintiff filed notice of voluntary dismissal. |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 78 | 12/22/20 | Hillsborough | 20CA009950 | RC CERTIFICATEHOLDERS LAND TRUST, By:  BlackRock Asset Management, LLC, Trustee v. DEUTSCHE BANK NATIONAL TRUST COMPANY | Matthew Wolf | N/A | 8415 N Tangerine Place Tampa, FL Hillsborough County NS0702 / PHH<br><br>3517 Trapwell Ridge Drive Plant City, FL Hillsborough County RF07Q7 / PHH<br><br>11924 Steppingstone Boulevard Tampa, FL Hillsborough County IM0410 / BAC<br><br>19931 Tamiami Avenue Tampa, FL Hillsborough County JP07H1 / JPMorgan<br><br>7820 Haven Harbour Way Bradenton, FL Manatee County AH0701 / PHH<br><br>30007 Bermuda Dunes Way Wesley Chapel, FL Pasco County FF0613 / BAC<br><br>12352 Sondra Cove Trail Jacksonville, FL Duval County PO0701 / PHH<br><br>1082 Dorwinion Drive | 1/20/21: Plaintiff filed affidavit of service attesting to service on CT Corp on 12/30/20.<br><br>1/21/21: Defendant filed notice of appearance.<br><br>1/25/21: Plaintiff filed notice of voluntary dismissal. |

**DBNTC/BNYM CASES**

| No. | Date Complaint Filed | County of Filing | State Court Case No. | Case Style | Plaintiff's Attorney | Federal Court Case No. (if applicable) | Property Address & County | Procedural Events |
|---|---|---|---|---|---|---|---|---|
| 79 | 12/29/20 | Desoto | 20CA000531 | 624 FREEDOM LAND TRUST, By: A Home of My Own, LLC, Trustee v. THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA4; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-24, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-24; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET-BACK CERTIFICATES 2004-5 | Matthew Wolf | USDC MD - Ft. Myers Div. 2:21-cv-47 | 5817 Peach Heather Trail, Valrico, FL Hillsborough County | 1/19/21: Defendant filed notice of appearance.<br><br>2/1/21: Plaintiff filed notice of voluntary dismissal.<br><br>2/1/21: Defendant filed motion to strike notice of voluntary dismissal.<br><br>2/1/21: Court entered Order granting Defedant's motion to strike notice of voluntary dismissal because an answer was filed.<br><br>2/18/21: Matthew Wolf filed motion to withdraw as counsel.<br><br>2/19/21: Defendant filed opposition to motion to withdraw.<br><br>2/25/21: Court entered Order denying motion to withdraw.<br><br>2/26/21: Plaintiff filed motion to dismiss with prejudice.<br><br>3/2/21: Defendant filed motion for judgment on the pleadings.<br><br>3/3/21: Defendant filed objection to Plaintiff's motion to dismiss.<br><br>4/12/21: Court entered Order dismissing action with prejudice (Doc. 26). |