UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOSSAMER WING, LLC, AS TRUSTEE,

    Plaintiff,

v.

THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-2,

    Defendant.
_____/

CASE NO.  8:21-CV-00624-WFJ-AEP

(formerly Palm Beach County Case No. 2020-CA-011308)

## DEFENDANT'S NOTICE OF FILING AFFIDAVIT OF AMY MCLAREN OF CT CORPORATION SYSTEM IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS (DOC. 57)

Defendant, The Bank of New York Mellon as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2007-2 ("**Defendant**"), hereby files an Affidavit of Amy McLaren of CT Corporation System, attached hereto as **Exhibit "1,"** in support of Defendant's Motion for Sanctions, filed on May 4, 2021 (Doc. 57).

1

QB\68370134.1

                                              QUARLES & BRADY LLP

                                      By: /s/ *Joseph T. Kohn*
                                                Benjamin B. Brown
                                                Florida Bar No. 13290
                                                Joseph T. Kohn
                                                Florida Bar No. 113869
                                                1395 Panther Lane, Suite 300
                                                Naples, FL  34109
                                                239/659-5026 Telephone
                                                239/213-5426 Facsimile
                                                benjamin.brown@quarles.com
                                                joseph.kohn@quarles.com
                                                debra.topping@quarles.com
                                                kerlyne.luc@quarles.com
                                                DocketFL@quarles.com
                                                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing was filed on May 14, 2021, using the Court's Florida E-filing Portal system and that a true and correct copy of the foregoing was served on the following parties:

Lee Segal, Esq.
Segal & Schuh Law Group, P.L.
18167 U.S. Hwy 19 N. Suite 100
Clearwater, FL 33764
lee@segalschuh.com
marie@segalschuh.com
*Counsel for Plaintiff*

                                                /s/ *Joseph T. Kohn*
                                                Joseph T. Kohn