## AFFIDAVIT OF AMY MCLAREN

Amy McLaren, under penalty of perjury, declares and states:

1.      My name is Amy McLaren.  I am over the age of 21, suffer from no disabilities, and am competent to make this affidavit.  This affidavit is based on my personal knowledge.

2.      I have worked for C T Corporation System ("CT Corp.") for 15 years, and I have worked with service of process for that entire time.  Currently, I am a Territory Manager.  In that capacity, I am responsible for analyzing service of process received by CT Corp.

3.      In addition, I manage a team that performs a quality control function for CT Corp. nationwide that is called the Service of Process Support Team, or "SOP Support Team."

4.      CT Corp. is a commercial registered agent, representing hundreds of thousands of entities across the nation.  CT Corp.'s primary function in that regard is to receive and forward legal process and official communications as an entity's registered agent for service of process.

5.      As the registered agent for service of process for an entity, CT Corp. is authorized by the entity to receive service of legal documents on its behalf.  Pursuant to CT Corp.'s agreements with its customers, once having received such process, CT Corp. forwards the process to its customers pursuant to delivery instructions provided by its customers.

6.      In some instances, however, CT Corp. receives service for an entity for whom it is not the registered agent for service of process.  When that happens, CT Corp. sends a letter to the attorney who is attempting service to inform the attorney that the service has been rejected (the "Rejection Letter").

7.     In the course of its business, CT Corp. sometimes receives letters from attorneys objecting to CT Corp.'s Rejection Letter.  When that happens, it is taken very seriously at CT Corp.

8.     A response to a CT Corp. rejection letter is logged by CT Corp. in the same way that all other service it receives is logged.  It is scanned into CT Corp.'s database and given a unique log number for processing.

9.     Unlike typical service of process, however, a letter objecting to the rejection of service of process is forwarded directly to a group within CT Corp. that handles all of its rejections and which made the decision to reject service of the documents in the first instance (the "Rejection Team").

10.    After re-reviewing their previous decision to reject the service of process, the Rejection Team would forward the process to the most senior service of process team, the SOP Support Team, with a recommendation on how to respond.  As I indicated, I manage the SOP Support Team.

11.    CT Corp. typically receives only a handful of such responses to rejections of service of process each month.  As the manager of the SOP Support Team, I am aware of and often involved in resolving such responses.

12.    Once received, the SOP Support Team will analyze the service of process that was rejected in light of the objections that are raised and recommendation of the Rejection Team to determine if CT Corp. made the correct decision to reject the service of process.

13.    If the SOP Support Team determines that the rejection was appropriate, CT Corp. will issue another rejection letter in response to the objection letter that it received.  If the SOP Support Team determines that the service should not have been rejected, CT Corp. will send a

letter to the serving party indicating that its previous rejection was mistaken and that the process had been forwarded to CT Corp.'s customer.

14. In either case, CT Corp. always responds to a letter objecting to its rejection of service of process.

15. I have reviewed twenty-nine (29) affidavits signed by Lior or Lee Segal and one (1) affidavit signed by Mark Stopa (the "Affidavits") concerning process that was served upon Bank of New York Mellon and Deutsche Bank National Trust Company in thirty (30) different cases. Copies of those affidavits are attached hereto as Exhibit A.

16. In all but one of these cases, CT Corp. rejected the process because it was served upon an entity for which CT Corp. was not the registered agent for service of process in the state in which the process was served.

17. In all of these rejections, CT Corp. sent a letter to the attorney who served the process informing the attorney that the process had been rejected.

18. In one of the cases, *Haulsee, et al, v. Deutsche Bank Trust Company Americas, et al.*, Case No. 20-CA-2507, CT Corp. took the process because it is the registered agent for service of process for Deutsche Bank Trust Company Americas.

19. According to the Affidavits, Mr. Segal and Mr. Stopa claim that letters were sent by U.S. Mail to CT Corp. objecting to the Rejection Letters (the "Response Letters"). As I set forth above, if CT Corp. had received any of the Response Letters, it would have processed them and sent responses.

20. Moreover, it would have been the SOP Support Team, the team that I lead, that would have been responsible for determining if CT Corp.'s rejection was appropriate.

21.     CT Corp. has no record of ever having received any of the Response Letters in any of these cases.

22.     CT Corp. receives hundreds of thousands of documents by U.S. Mail every year, and it has a detailed process for handling such documents.  If the Response Letters had actually been mailed, CT Corp. would have received them, would have maintained records relating to them, and would have responded to them.

Under penalties of perjury, I declare that I have read the foregoing declaration and that the facts stated in it are true and correct to the best of my current information and belief.

FURTHER AFFIANT SAYETH NOT.

Amy McLaren

Digitally signed by Amy McLaren
DN: cn=Amy McLaren, o, ou, email=amy.
mclaren@wolterskluwer.com, c=US
Date: 2021.05.14 12:41:48 -04'00'

Amy McLaren

Date:  May 14, 2021

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

1944 WOODCUT DRIVE LAND TRUST,
By: Abpaymar, LLC, as Trustee,

     Plaintiff,

                                        Case No. 2:21-cv-00080

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Trustee for
the Certificateholders of CWABS, Inc.,
Asset-Backed Certificates, Series 2007-2,

     Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LAZENBY LETTERS**

     Plaintiff, 1944 WOODCUT DRIVE LAND TRUST, By: Abpaymar, LLC, as Trustee, by

and through its undersigned counsel, hereby gives notice of the filing of the Affidavit of Lazenby

Letters.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Joseph Kohn, Esquire on this 23rd day of February, 2021.


                                   _*/s/ Jake C. Blanchard*_____
                                   Jake C. Blanchard, Esq.
                                   Blanchard Law, P.A.
                                   1501 Belcher Road South, Unit 6B
                                   Largo, FL 33771
                                   Phone: 727-531-7068
                                   Fax: 727-535-2086
                                   Email: jake@jakeblanchardlaw.com
                                   www.jakeblanchardlaw.com

## AFFIDAVIT OF LAZENBY LETTERS

State of Florida
County of Pinellas

I, Mark P. Stopa, having been duly sworn, deposes and says as follows:

1.      I am over 18 years of age, competent, and state these facts upon my personal knowledge.

2.      I am aware of a lawsuit pending in the Middle District of Florida, styled *1944 Woodcut Drive Land Trust, By: Abpaymar, LLC, as Trustee v. The Bank of New York Mellon* Case No 21-cv-80 ("the Case"). I am a beneficiary under the trust prosecuting the action, so I have personal knowledge of the facts set forth herein.

3.      I am aware of a letter dated November 10, 2020 that CT Corporation sent to Plaintiff's counsel, Megan Lazenby, Esquire, a copy of which was filed in this action ("the CT Letter").

4.      On or about November 17, 2020, I personally mailed a response to the CT Letter ("the Response"), a true and correct copy of which is attached hereto. As the Response depicts, I mailed the Response on November 17, 2020 to both CT Corporation at 1200 South Pine Island Road in Plantation, Florida and Bank of New York Mellon at 240 Greenwich Street in New York City, New York.[1] To my knowledge, no reply was ever provided. In fact, I am aware of multiple situations, similar to this one, where a letter like this was sent and no response was received.

FURTHER AFFIANT SAYETH NAUGHT

Mark P. Stopa

---

[1]      To be clear, I have never been employed by Ms. Lazenby or her law firm. I handled the mailing of the Response myself, as opposed to Ms. Lazenby doing so, for administrative convenience.

STATE OF FLORIDA
COUNTY OF PINELLAS

    Before me, on this 23rd day of February, 2021, personally appeared Mark P. Stopa, who is personally known to me and who, having been duly sworn, deposes and says the foregoing facts are true and correct.



Notary Public State of Florida
Jeanne M Johnson
My Commission GG 116491
Expires 07/26/2021

Notary

**LAZENBY LAW**
**Megan Lazenby, Esquire**
**6155 South Florida Avenue**
**Suite #14**
**Lakeland, FL 33813**
**(863) 698-6844**


November 17, 2020


CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

       Re:     1944 Woodcut v. Bank of New York, as Trustee
               DeSoto County Case No. 20-CA-461

Sir or Madam:

     I am in receipt of your November 10, 2020 letter in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for an entity by the name of The Bank of New York Mellon."

     I respectfully suggest you take another look at your records. The Florida Department of State lists you as the Registered Agent for The Bank of New York, Inc., which maintains offices at 240 Greenwich Street in New York City. This is the correct Defendant in this case and the entity we are trying to serve. In fact, you'll note that the style of the case depicts not that the Defendant is "the Bank of New York Mellon," as you indicate in your letter, but "The Bank of New York Mellon fka The Bank of New York," as Trustee for a designated trust.

     Our process server believes service has been effectuated properly. I agree. As such, we urge you to forward the Summons and Complaint to The Bank of New York.

     Thank you for your attention to this matter.


                                   Best regards,

                                   /s/ Lee Segal

                                   Segal & Schuh Law Group, P.L.
                                   Lee Segal, Esquire


cc:     Bank of New York, as Trustee

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JIMMY AVIRAM,

     Plaintiff,

                                        Case No. 8:21-cv-00432

v.

THE BANK OF NEW YORK MELLON, f/k/a
THE BANK OF NEW YORK, as Trustee for the
Certificateholders of CWMBS, Inc., CHL Mortgage
Pass-Through Trust 2006-TM1, Mortgage Pass-Through
Certificates Series 2006-TM1,

     Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LIOR SEGAL**

     Plaintiff, JIMMY AVIRAM, by and through his undersigned counsel, hereby gives notice

of the filing of the Affidavit of Lior Segal.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Heather Fesnak, Esquire on this 24th day of February 2021.

                          */s/ Lee Segal, Esquire*_____
                          Lee Segal, Esquire (FBN 37837)
                          **Segal & Schuh Law Group, P.L.**
                          18167 U.S. Highway 19 North, Suite 100
                          Clearwater, Florida 33764
                          Tel: (727) 824-5775 Fax: (877) 636-7408
                          lee@Segalschuh.com (Attorney)
                          marie@segalschuh.com (Florida Registered Paralegal)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JIMMY AVIRAM,

      Plaintiff,

                                       Case No. 8:21-cv-00432

v.

THE BANK OF NEW YORK MELLON, f/k/a
THE BANK OF NEW YORK, as Trustee for the
Certificateholders of CWMBS, Inc., CHL Mortgage
Pass-Through Trust 2006-TM1, Mortgage Pass-Through
Certificates Series 2006-TM1,

      Defendant.

_____/

### **AFFIDAVIT OF LIOR SEGAL**

State of Florida
County of Pinellas

      I, Lee Segal, having been duly sworn, deposes and says as follows:

      1.      I am over 18 years of age, competent, and state these facts upon my personal knowledge.

      2.      I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against The Bank of New York Mellon fka The Bank of New York ("BONYM"), as Trustee for a designated trust.

      3.      On or about September 15, 2020, I received a letter from CT Corporation ("CT") dated September 8, 2020 in this action.  The genesis of the letter was to assert that CT was not Defendant's Registered Agent and would not be forwarding a copy of the Summons and Complaint to it.

2

4.      On or about September 15, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to BONYM.  My purpose in doing so was to ensure that CT and BONYM were aware of my client's position, *i.e.* that service of process was properly obtained.  This was one of many such letters to CT that I prepared like this, with a copy to BONYM.

5.      On or about September 15, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

6.      Notwithstanding the mailing of this letter, and several others like it, I never received a response from CT or BONYM to any of these letters.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


 */s/ Lee Segal*_____          Feb. 24, 2021_____
Lee Segal                                        Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

September 15, 2020

CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

      Re:    Jimmy Aviram v. Bank of New York Mellon, as Trustee
               Pinellas County Case No. 20-310-CI

Sir or Madam:

      I am in receipt of your letter dated September 8, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for an entity by the name of The Bank of New York Mellon."

      I respectfully suggest you take another look at your records. The Florida Department of State lists you as the Registered Agent for The Bank of New York, Inc., which maintains offices at 240 Greenwich Street in New York City. This is the correct Defendant in this case and the entity we are trying to serve. In fact, you'll note that the style of the case depicts not that the Defendant is "the Bank of New York Mellon," as you indicate in your letter, but "The Bank of New York Mellon fka The Bank of New York," as Trustee for a designated trust.

      Our process server believes service has been effectuated properly. I agree. As such, we urge you to forward the Summons and Complaint to The Bank of New York.

      Thank you for your attention to this matter.

                  Best regards,

                  /s/ Lee Segal

                  Segal & Schuh Law Group, P.L.
                  Lee Segal, Esquire

cc:    Bank of New York Mellon, as Trustee

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

11717 81ST PLACE LAND TRUST,
By: BCP MANAGEMENT, LLC, as Trustee,

     Plaintiff,

                                      Case No. 8:21-cv-276-CEH-AAS

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee, on behalf of the Registered Holders of
GSAMP Trust 2005-HE3, Mortgage Pass-Through
Certificates, Series 2005-HE3,

     Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LIOR SEGAL**

     Plaintiff, 11717 81ST PLACE LAND TRUST, BY: BCP Management, LLC, as Trustee,

by and through its undersigned counsel, hereby gives notice of the filing of the Affidavit of Lior

Segal.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Joseph Kohn, Esquire on this 28th day of March, 2021.

                          */s/ Lior Segal, Esquire*
                          Lior Segal, Esquire (FBN 37837)
                          **Segal & Schuh Law Group, P.L.**
                          18167 U.S. Highway 19 North, Suite 100
                          Clearwater, Florida 33764
                          Tel: (727) 824-5775 Fax: (877) 636-7408
                          lee@Segalschuh.com (Attorney)
                          marie@segalschuh.com (Florida Registered Paralegal)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

11717 81ST PLACE LAND TRUST,
By: BCP MANAGEMENT, LLC, as Trustee,

      Plaintiff,

                                    Case No. 8:21-cv-276-CEH-AAS

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee, on behalf of the Registered Holders of
GSAMP Trust 2005-HE3, Mortgage Pass-Through
Certificates, Series 2005-HE3,

      Defendant.

_____/

## AFFIDAVIT OF LIOR SEGAL

State of Florida
County of Pinellas

      I, Lior Segal, having been duly sworn, deposes and says as follows:

      1.    I am over 18 years of age, competent, and state these facts upon my personal knowledge.

      2.    I am an attorney.  I represent the Plaintiffs in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC"), as Trustee for a designated trust.

      3.    On or about November 3, 2020, I received a letter from CT Corporation ("CT"), dated October 26, 2020, a copy of which is attached to the Motion to Quash Service filed by Defendant in this case.

      4.    On or about November 3, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC.  My purpose in doing so was to

ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was properly obtained, and that this lawsuit would proceed forward.

5.      On or about November 3, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida. This is the type of thing that I do frequently. In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

6.      Defendant alludes to other letters from CT to me in its Motion to Quash. In doing so, it ignores how my standard practice, upon receipt of such a letter, was to send a response that is to send a letter that is virtually identical to the letter attached hereto.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.

*/s/ Lior Segal*_____     March 28, 2021_____
Lior Segal                    Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North,  Suite 100,*
*Clearwater, FL  33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough:  (813) 920-5775*
*Facsimile: (888) 672-7347*

November 3, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

Re:     11717 81st Place v. Deutsche Bank Nat'l Trust Co., as Trustee
          Brevard County Case No. 2020-CA-47023

Sir or Madam:

I am in receipt of your letter dated October 26, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

I respectfully suggest you take another look at your records.  For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19).  On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

Our process server believes service has been effectuated properly.  In fact, he has provided us a return of service so reflecting.  As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case.  Should you fail to do so, the case will proceed forward in its absence.

Thank you for your attention to this matter.

Best regards,

/s/ Lee Segal

Segal & Schuh Law Group, P.L.
Lee Segal, Esquire

cc:     Deutsche Bank Nat'l Trust Co., as Trustee

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

18522 SUNWARD LAKE LAND TRUST,
By: BCP Management, LLC, as Trustee

      Plaintiff,

                                      Case No. 5:21-cv-00017-AW-MJF

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for Morgan Stanley Home Equity Loan Trust,
Series 2006-3,

      Defendant.
_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LIOR SEGAL**

      Plaintiff, 18522 Sunward Lake Land Trust, By BCP Management, LLC, as Trustee, by and

through its undersigned counsel, hereby gives notice of the filing of the Affidavit of Lior Segal.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Beth Norrow, Esquire on this 1st day of January, 2021.

                */s/ Lior Segal, Esquire*
                Lior Segal, Esquire (FBN 37837)
                **Segal & Schuh Law Group, P.L.**
                18167 U.S. Highway 19 North, Suite 100
                Clearwater, Florida 33764
                Tel: (727) 824-5775 Fax: (877) 636-7408
                lee@Segalschuh.com (Attorney)
                marie@segalschuh.com (Florida Registered Paralegal)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

18522 SUNWARD LAKE LAND TRUST,
By: BCP Management, LLC, as Trustee

      Plaintiff,

                                          Case No. 5:21-cv-00017-AW-MJF

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for Morgan Stanley Home Equity Loan Trust,
Series 2006-3,

      Defendant.

_____/

### AFFIDAVIT OF LIOR SEGAL

State of Florida
County of Pinellas

    I, Lee Segal, having been duly sworn, deposes and says as follows:

    1.    I am over 18 years of age, competent, and state these facts upon my personal knowledge.

    2.    I am an attorney. I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

    3.    After service of process was performed upon CT Corporation ("CT") in the manner instructed by security personnel at 60 Wall Street in New York City, New York between July and November, 2020, I received letters from CT Corporation in a handful of cases (but, notably, not this case) indicating that CT was not DBNTC's registered agent. My clients, however, were not taking the position that CT was DBNTC's "registered" agent, merely that it was its agent for

purposes of receiving service of process, per the instructions from the security personnel at 60 Wall Street throughout this time.

4.      My standard response, upon receipt of such a letter, was to draft a response to CT, with a copy to DBNTC, indicating that I believed service was proper and that the case would proceed forward.  The response provided in this case is attached hereto.  While I never received a response to this letter, DBNTC did change its procedures for service of process at 60 Wall Street in December, 2020.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


_/s/ Lior Segal_____           Feb. 1, 2021_____
Lior Segal                                           Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

November 3, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

   Re:  18522 Sunward Lake v. Deutsche Bank Nat'l Trust Co., as Trustee
       Jackson County Case No. 20-CA-351

Sir or Madam:

   I am in receipt of your letter dated October 26, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

   I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

   Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case.

   Thank you for your attention to this matter.

       Best regards,

       /s/ Lee Segal

       Segal & Schuh Law Group, P.L.
       Lee Segal, Esquire

cc:  Deutsche Bank Nat'l Trust Co., as Trustee

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

10611 BAMBOO ROAD LAND TRUST,
By:  BCP Management, LLC, as Trustee,

     Plaintiff,

                                      Case No. 5:21-cv-00071

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for Harborview Mortgage Loan Trust 2006-8,

     Defendant.
_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LIOR SEGAL**

     Plaintiff, 10611 BAMBOO ROAD LAND TRUST, By: BCP Management, LLC, as

Trustee, by and through its undersigned counsel, hereby gives notice of the filing of the Affidavit

of Lior Segal.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Beth Norrow, Esquire on this 22nd day of February, 2021.

                    */s/ Lior Segal, Esquire*
                    Lior Segal, Esquire (FBN 37837)
                    **Segal & Schuh Law Group, P.L.**
                    18167 U.S. Highway 19 North, Suite 100
                    Clearwater, Florida 33764
                    Tel: (727) 824-5775 Fax: (877) 636-7408
                    lee@Segalschuh.com (Attorney)
                    marie@segalschuh.com (Florida Registered Paralegal)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

10611 BAMBOO ROAD LAND TRUST,
By:  BCP Management, LLC, as Trustee,

      Plaintiff,

                                        Case No. 5:21-cv-00071

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for Harborview Mortgage Loan Trust 2006-8,

      Defendant.
_____/

## **<u>AFFIDAVIT OF LIOR SEGAL</u>**

State of Florida
County of Pinellas

      I, Lior Segal, having been duly sworn, deposes and says as follows:

      1.      I am over 18 years of age, competent, and state these facts upon my personal knowledge.

      2.      I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

      3.      On or about November 3, 2020, I received a letter from CT Corporation ("CT"), dated October 27, 2020, a copy of which is attached to the Motion to Quash Service of Process filed by DBNTC in this case.

      4.      On or about November 3, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC.  My purpose in doing so was to ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was

properly obtained. This was one of many such letters to CT that I prepared like this, with a copy to DBNTC.

5.      On or about November 3, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida. This is the type of thing that I do frequently. In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

6.      I never received a response to my letter, either from CT or DBNTC.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


_/s/ Lior Segal_____     Feb. 22, 2021_____
Lior Segal                 Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

November 3, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

      Re:     10611 Bamboo Way v. Deutsche Bank Nat'l Trust Co., as Trustee
               Sumter County Case No. 20-CA-536

Sir or Madam:

      I am in receipt of your recent letter in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

      I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

      Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case. Should you fail to do so, the case will proceed forward in its absence.

      Thank you for your attention to this matter.

              Best regards,

              /s/ Lee Segal

              Segal & Schuh Law Group, P.L.
              Lee Segal, Esquire

cc:    Deutsche Bank Nat'l Trust Co., as Trustee

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2950 SUMMER SWAN LAND TRUST,
By: Blackrock Asset Management, LLC,
as Trustee,

     Plaintiff,

                                     Case No. 5:21-cv-00042

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for IndyMac INDX Mortgage Loan Trust
2007-AR1, Mortgage Pass-Through Certificates
Series 2007-AR1,

     Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LEE SEGAL**

Plaintiff, 2950 SUMMER SWAN LAND TRUST, By: Blackrock Asset Management,

LLC, as Trustee, by and through its undersigned counsel, hereby gives notice of the filing of the

Affidavit of Lior Segal.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Beth Norrow, Esquire on this 1st day of February, 2021.

                              */s/ Lior Segal, Esquire*
                              Lior Segal, Esquire (FBN 37837)
                              **Segal & Schuh Law Group, P.L.**
                              18167 U.S. Highway 19 North, Suite 100
                              Clearwater, Florida 33764
                              Tel: (727) 824-5775 Fax: (877) 636-7408
                              lee@Segalschuh.com (Attorney)
                              marie@segalschuh.com (Florida Registered Paralegal)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2950 SUMMER SWAN LAND TRUST,
By: Blackrock Asset Management, LLC,
as Trustee,

     Plaintiff,

                                Case No. 5:21-cv-00042

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for IndyMac INDX Mortgage Loan Trust
2007-AR1, Mortgage Pass-Through Certificates
Series 2007-AR1,

     Defendant.

_____/

## **AFFIDAVIT OF LIOR SEGAL**

State of Florida
County of Pinellas

     I, Lior Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney. I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

     3.     On or about November 3, 2020, I received a letter from CT Corporation ("CT"), dated October 26, 2020, a copy of which is attached to the Motion to Quash Service of Process filed by DBNTC in this case.

     4.     On or about November 3, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC. My purpose in doing so was to

ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was properly obtained.

5.      On or about November 3, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.

_/s/ Lior Segal_____      Feb. 1, 2021_____
Lior Segal                      Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

November 3, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

> Re:  2950 Summer Swan v. Deutsche Bank Nat'l Trust Co., as Trustee
> Desoto County Case No. 20-CA-433

Sir or Madam:

I am in receipt of your letter dated October 26, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case.

Thank you for your attention to this matter.


Best regards,

/s/ Lee Segal

Segal & Schuh Law Group, P.L.
Lee Segal, Esquire


cc:  Deutsche Bank Nat'l Trust Co., as Trustee

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

BONAFIDE PROPERTIES, LLC, as Trustee under the
6733 Breezy Palm Drive Land Trust dated the 30 Day
of April, 2014,

   Plaintiff,

               Case No. 5:21-cv-54

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Trustee for
the Certificateholders of CWABS, Inc.,
Asset-Backed Certificates, Series 2007-2,

   Defendant.

_____/

## NOTICE OF FILING
## AFFIDAVIT OF LEE SEGAL

   Plaintiff, BONAFIDE PROPERTIES, LLC, as Trustee under the 6733 Breezy Palm Drive

Land Trust dated the 30 Day of April, 2014, by and through its undersigned counsel, hereby gives

notice of the filing of the Affidavit of Lee Segal.

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Heather Fesnak, Esquire on this 11th day of March, 2021.

       */s/ Lee Segal, Esquire*_____
       Lee Segal, Esquire (FBN 37837)
       **Segal & Schuh Law Group, P.L.**
       18167 U.S. Highway 19 North, Suite 100
       Clearwater, Florida 33764
       Tel: (727) 824-5775 Fax: (877) 636-7408
       lee@Segalschuh.com (Attorney)
       marie@segalschuh.com (Florida Registered Paralegal)

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

BONAFIDE PROPERTIES, LLC, as Trustee under the
6733 Breezy Palm Drive Land Trust dated the 30 Day
of April, 2014,

       Plaintiff,

                                          Case No. 5:21-cv-54

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Trustee for
the Certificateholders of CWABS, Inc.,
Asset-Backed Certificates, Series 2007-2,

       Defendant.

_____/

## AFFIDAVIT OF LEE SEGAL

State of Florida
County of Pinellas

    I, Lee Segal, having been duly sworn, deposes and says as follows:

    1.    I am over 18 years of age, competent, and state these facts upon my personal knowledge.

    2.    I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against The Bank of New York Mellon fka The Bank of New York ("BONYM"), as Trustee for a designated trust.

    3.    On or about October 19, 2020, I received a letter from from CT Corporation ("CT"), dated October 12, 2020, a copy of which is attached to the Affidavit of Alexandre Halow.

    4.    On or about October 19, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to BONYM.  My purpose in doing so was to

2

ensure that CT and BONYM were aware of my clients' position, *i.e.* that service of process was properly obtained.

5.      On or about October 19, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


_/s/ Lee Segal_____           March 11, 2021_____
Lee Segal                              Date

# Segal & Schuh Law Group, P.L.

**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

---

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North,  Suite 100,*
*Clearwater, FL  33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

October 19, 2020

CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

   Re:  Bonafide Properties, LLC v. Bank of New York, as Trustee
       Bay County Case No. 20-CA-1738

Sir or Madam:

   I am in receipt of your recent letter in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for an entity by the name of The Bank of New York Mellon."

   I respectfully suggest you take another look at your records.  The Florida Department of State lists you as the Registered Agent for The Bank of New York, Inc., which maintains offices at 240 Greenwich Street in New York City.  This is the correct Defendant in this case and the entity we are trying to serve.  In fact, you'll note that the style of the case depicts not that the Defendant is "the Bank of New York Mellon," as you indicate in your letter, but "The Bank of New York Mellon fka The Bank of New York," as Trustee for a designated trust.

   Our process server believes service has been effectuated properly.  I agree.  As such, we urge you to forward the Summons and Complaint to The Bank of New York.

   Thank you for your attention to this matter.

       Best regards,

       /s/ Lee Segal

       Segal & Schuh Law Group, P.L.
       Lee Segal, Esquire

cc:  Bank of New York, as Trustee

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CENTURION SYSTEMS, LLC, a New Mexico
Limited Liability Company, as Successor Trustee
Under the 6280 30th Avenue North Land Trust,

     Plaintiff,

                                                  Case No. 5:21-cv-131-JSM-PRL

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Successor Trustee
to JPMorgan Chase Bank, *et. seq.*,

     Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LIOR SEGAL**

     Plaintiff, CENTURION SYSTEMS, LLC, a New Mexico Liability Company, as Successor

Trustee under the 6280 30th Avenue North Land Trust, by and through its undersigned counsel,

hereby gives notice of the filing of the Affidavit of Lior Segal.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Beth Norrow, Esquire on this 26th day of March, 2021.

                                */s/ Lior Segal, Esquire*
                                Lior Segal, Esquire (FBN 37837)
                                **Segal & Schuh Law Group, P.L.**
                                18167 U.S. Highway 19 North, Suite 100
                                Clearwater, Florida 33764
                                Tel: (727) 824-5775 Fax: (877) 636-7408
                                lee@Segalschuh.com (Attorney)
                                marie@segalschuh.com (Florida Registered Paralegal)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CENTURION SYSTEMS, LLC, a New Mexico
Limited Liability Company, as Successor Trustee
Under the 6280 30th Avenue North Land Trust,

     Plaintiff,

                                 Case No. 5:21-cv-131-JSM-PRL

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Successor Trustee
to JPMorgan Chase Bank, *et. seq.*,

     Defendant.

_____/

## **AFFIDAVIT OF LIOR SEGAL**

State of Florida
County of Pinellas

     I, Lior Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney.  I represent the Plaintiffs in this action and several other, similar lawsuits against The Bank of New York Mellon fka The Bank of New York ("BONYM"), as Trustee for a designated trust.

     3.     On or about October 19, 2020, I received a letter from CT Corporation ("CT"), dated October 12, 2020, a copy of which is attached to the Motion to Vacate filed by Defendant in this case.

     4.     On or about October 19, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to BONYM.  My purpose in doing so was to

ensure that CT and BONYM were aware of my clients' position, *i.e.* that service of process was properly obtained, as CT was/is the Registered Agent for BONYM.

5.     On or about October 19, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida. This is the type of thing that I do frequently. In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

6.     Defendant attaches other letters from CT to me to its Motion to Quash in this case. In the process, it ignores how my standard practice was to respond to such a letter with a response that is virtually identical to the letter attached hereto.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


 */s/ Lior Segal*_____     March 26, 2021_____
Lior Segal                                              Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

October 19, 2020

CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

> Re:  Centurion Systems, LLC v. Bank of New York, as Trustee
> Marion County Case No. 20-CA-1587

Sir or Madam:

I am in receipt of your recent letter in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for an entity by the name of The Bank of New York Mellon."

I respectfully suggest you take another look at your records. The Florida Department of State lists you as the Registered Agent for The Bank of New York, Inc., which maintains offices at 240 Greenwich Street in New York City. This is the correct Defendant in this case and the entity we are trying to serve. In fact, you'll note that the style of the case depicts not that the Defendant is "the Bank of New York Mellon," as you indicate in your letter, but "The Bank of New York Mellon fka The Bank of New York," as Trustee for a designated trust.

Our process server believes service has been effectuated properly. I agree. As such, we urge you to forward the Summons and Complaint to The Bank of New York.

Thank you for your attention to this matter.

Best regards,

/s/ Lee Segal

Segal & Schuh Law Group, P.L.
Lee Segal, Esquire

cc:  Bank of New York, as Trustee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CENTURION SYSTEMS, LLC, as Trustee of the
2381 Bridgewood Trail Land Trust,

     Plaintiff,

                                          Case No. 2:21-cv-14090

v.

BANK OF NEW YORK MELLON f/k/a
THE BANK OF NEW YORK, as Trustee for the
Certificate holder of CWALT, Inc. Alternative Loan
Trust 2007-10CB, Mortgage Pass-Through
Certificates, Series 2007-10CB,

     Defendant.
_____/

## NOTICE OF FILING
## <u>AFFIDAVIT OF LEE SEGAL</u>

     Plaintiff, CENTURION SYSTEMS, LLC, as Trustee of the 2381 Bridgewood Trail Land

Trust, by and through its undersigned counsel, hereby gives notice of the filing of the Affidavit of

Lee Segal.

## <u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Eric Levine, Esquire on this 18th day of February 2021.

                                 */s/ Lee Segal, Esquire*_____
                                 Lior Segal, Esquire (FBN 37837)
                                 **Segal & Schuh Law Group, P.L.**
                                 18167 U.S. Highway 19 North, Suite 100
                                 Clearwater, Florida 33764
                                 Tel: (727) 824-5775 Fax: (877) 636-7408
                                 lee@Segalschuh.com (Attorney)
                                 marie@segalschuh.com (Florida Registered Paralegal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CENTURION SYSTEMS, LLC, as Trustee of the
2381 Bridgewood Trail Land Trust,

      Plaintiff,

                                      Case No. 2:21-cv-14090

v.

BANK OF NEW YORK MELLON f/k/a
THE BANK OF NEW YORK, as Trustee for the
Certificate holder of CWALT, Inc. Alternative Loan
Trust 2007-10CB, Mortgage Pass-Through
Certificates, Series 2007-10CB,

      Defendant.

_____/

**<u>AFFIDAVIT OF LEE SEGAL</u>**

State of Florida
County of Pinellas

      I, Lee Segal, having been duly sworn, deposes and says as follows:

      1.      I am over 18 years of age, competent, and state these facts upon my personal knowledge.

      2.      I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against The Bank of New York Mellon fka The Bank of New York ("BONYM"), as Trustee for a designated trust.

      3.      On or about October 19, 2020, I received a letter from CT Corporation ("CT"), dated October 12, 2020, a copy of which is attached to the Motion to Vacate Final Judgment filed by Defendant in this case.

      4.      On or about October 19, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to BONYM.  My purpose in doing so was to

2

ensure that CT and BONYM were aware of my clients' position, *i.e.* that service of process was properly obtained.

5.      On or about October 19, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.

_/s/ Lee Segal_____     Feb. 18, 2021_____
Lee Segal                   Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

October 19, 2020

CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

   Re:  Centurion Systems v. Bank of New York, as Trustee
      Martin County Case No. 20-CA-880

Sir or Madam:

   I am in receipt of your letter dated October 12, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for an entity by the name of The Bank of New York Mellon."

   I respectfully suggest you take another look at your records. The Florida Department of State lists you as the Registered Agent for The Bank of New York, Inc., which maintains offices at 240 Greenwich Street in New York City. This is the correct Defendant in this case and the entity we are trying to serve. In fact, you'll note that the style of the case depicts not that the Defendant is "the Bank of New York Mellon," as you indicate in your letter, but "The Bank of New York Mellon fka The Bank of New York," as Trustee for a designated trust.

   Our process server believes service has been effectuated properly. I agree. As such, we urge you to forward the Summons and Complaint to The Bank of New York.

   Thank you for your attention to this matter.

      Best regards,

      /s/ Lee Segal

      Segal & Schuh Law Group, P.L.
      Lee Segal, Esquire

cc:  Bank of New York, as Trustee

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA DIVISION

RICHARD DECOURSY,
    Plaintiff,

vs

**CASE NO.: 5:21-cv-00014**

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee, et. al.
    Defendant(s).

## NOTICE OF FILING AFFIDAVIT OF LIOR SEGAL

Plaintiff, RICHARD DECOURSY, by and through his undersigned counsel, hereby gives

notice of the filing of the Affidavit of Lior Segal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via

CM/ECF to Beth A. Norrow, Esquire on this 5th day of February, 2021.

*/s/ Lior Segal, Esquire*
Lior Segal, Esquire (FBN 37837)
**Segal & Schuh Law Group, P.L.**
18167 U.S. Highway 19 N., Suite 100
Clearwater, FL33764
Tel: (727) 824-5775 Fax: (877) 636-7408
lee@segalschuh.com (Attorney)
marie@segalschuh.com (Paralegal)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD DECOURSY,

     Plaintiff,

                                    Case No. 5:21-cv-00014

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee,

     Defendant.

_____/

### **AFFIDAVIT OF LIOR SEGAL**

State of Florida
County of Pinellas

     I, Lee Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney. I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

     3.     After service of process was performed upon CT Corporation ("CT") in the manner instructed by security personnel at 60 Wall Street in New York City, New York between July and November, 2020, I received letters from CT Corporation in a handful of cases (but, notably, not this case) indicating that CT was not DBNTC's registered agent. My clients, however, were not taking the position that CT was DBNTC's "registered" agent, merely that it was its agent for purposes of receiving service of process, per the instructions from the security personnel at 60 Wall Street throughout this time.

4.      My standard response, upon receipt of such a letter, was to draft a response to CT, with a copy to DBNTC, indicating that I believed service was proper and that the case would proceed forward.  An example of one such response is attached hereto.

5.      In this case, I never received a letter from CT disavowing service, so I did not send my standard response in this case.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.

_/s/ Lior Segal_____     Feb. 1, 2021_____
Lior Segal                       Date

# Segal & Schuh Law Group, P.L.
## ATTORNEYS AND COUNSELORS AT LAW

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

September 3, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

   Re: Richard Decoursy v. Deutsche Bank Nat'l Trust Co., as Trustee
     Sumter County Case No. 20-CA-351

Sir or Madam:

   I am in receipt of your letter dated August 27, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

   I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

   Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case.

   Thank you for your attention to this matter.

     Best regards,

     /s/ Lee Segal

     Segal & Schuh Law Group, P.L.
     Lee Segal, Esquire

cc:  Deutsche Bank Nat'l Trust Co., as Trustee

## Decoursy v Deutsche / 5:21-00014
## EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICHARD DECOURSY,

      Plaintiff,

                                          Case No. 5:21-cv-00040

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for Residential Asset Securitization Trust
Series 2003-A10, Mortgage Pass-Through Certificates
Series 2003-AJ,

      Defendant.

_____/

## NOTICE OF FILING
## AFFIDAVIT OF LEE SEGAL

      Plaintiff, RICHARD DECOURSY, by and through her undersigned counsel, hereby gives

notice of the filing of the Affidavit of Lior Segal.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Beth Norrow, Esquire on this 1st day of February, 2021.

                        */s/ Lior Segal, Esquire*
                        Lior Segal, Esquire (FBN 37837)
                        **Segal & Schuh Law Group, P.L.**
                        18167 U.S. Highway 19 North, Suite 100
                        Clearwater, Florida 33764
                        Tel: (727) 824-5775 Fax: (877) 636-7408
                        lee@Segalschuh.com (Attorney)
                        marie@segalschuh.com (Florida Registered Paralegal)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICHARD DECOURSY,

     Plaintiff,

                                               Case No. 5:21-cv-00040

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for Residential Asset Securitization Trust
Series 2003-A10, Mortgage Pass-Through Certificates
Series 2003-AJ,

     Defendant.

_____/

**<u>AFFIDAVIT OF LIOR SEGAL</u>**

State of Florida
County of Pinellas

     I, Lior Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

     3.     On or about September 3, 2020, I received a letter from CT Corporation ("CT"), dated August 27, 2020, a copy of which is attached to the Motion to Quash Service of Process filed by DBNTC in this case.

     4.     On or about September 3, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC.  My purpose in doing so was to

ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was properly obtained.

5.      On or about September 3, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


_/s/ Lior Segal_____          Feb. 1, 2021_____
Lior Segal                            Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

September 3, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

      Re:    Richard Decoursy v. Deutsche Bank Nat'l Trust Co., as Trustee
             Sumter County Case No. 20-CA-351

Sir or Madam:

      I am in receipt of your letter dated August 27, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

      I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

      Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case.

      Thank you for your attention to this matter.

             Best regards,

             /s/ Lee Segal

             Segal & Schuh Law Group, P.L.
             Lee Segal, Esquire

cc:    Deutsche Bank Nat'l Trust Co., as Trustee

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

MARK EATON and SUZANNE EATON,

      Plaintiffs,

                                      Case No. 3-21-cv-00251

v.

THE BANK OF NEW YORK MELLON f/k/a
THE BANK OF NEW YORK, as Trustee for the
Benefit of the Certificateholders of the CWABS
Asset-Backed Certificates Trust 2005-16,

      Defendant.

_____/

## NOTICE OF FILING
## AFFIDAVIT OF LEE SEGAL

     Plaintiffs, MARK EATON and SUZANNE EATON, by and through their undersigned counsel, hereby gives notice of the filing of the Affidavit of Lee Segal.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM-ECF to Eric Levine, Esquire on this 18th day of February 2021.

                         */s/ Lee Segal, Esquire*
                         Lior Segal, Esquire (FBN 37837)
                         **Segal & Schuh Law Group, P.L.**
                         18167 U.S. Highway 19 North, Suite 100
                         Clearwater, Florida 33764
                         Tel: (727) 824-5775 Fax: (877) 636-7408
                         lee@Segalschuh.com (Attorney)
                         marie@segalschuh.com (Florida Registered Paralegal)

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

MARK EATON and SUZANNE EATON,

     Plaintiffs,

                                         Case No. 3-21-cv-00251

v.

THE BANK OF NEW YORK MELLON f/k/a
THE BANK OF NEW YORK, as Trustee for the
Benefit of the Certificateholders of the CWABS
Asset-Backed Certificates Trust 2005-16,

     Defendant.

_____/

## **AFFIDAVIT OF LEE SEGAL**

State of Florida
County of Pinellas

     I, Lee Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against The Bank of New York Mellon fka The Bank of New York ("BONYM"), as Trustee for a designated trust.

     3.     In mid-October, 2020, I received two letters from CT Corporation ("CT"), copies of which are attached to the Motion to Quash Service and Motion to Vacate Default filed by Defendant in this case.

     4.     On or about October 16, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to BONYM.  My purpose in doing so was to

2

ensure that CT and BONYM were aware of my clients' position, *i.e.* that service of process was properly obtained.

5.      On or about October 16, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


 */s/ Lee Segal*_____          Feb. 18, 2021_____
Lee Segal                          Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

October 16, 2020

CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

> Re:    Eaton v. Bank of New York, as Trustee
>         Santa Rosa County Case No. 20-CA-454

Sir or Madam:

I am in receipt of your recent letters in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for an entity by the name of The Bank of New York Mellon."

I respectfully suggest you take another look at your records. The Florida Department of State lists you as the Registered Agent for The Bank of New York, Inc., which maintains offices at 240 Greenwich Street in New York City. This is the correct Defendant in this case and the entity we are trying to serve. In fact, you'll note that the style of the case depicts not that the Defendant is "the Bank of New York Mellon," as you indicate in your letter, but "The Bank of New York Mellon fka The Bank of New York," as Trustee for a designated trust.

Our process server believes service has been effectuated properly. I agree. As such, we urge you to forward the Summons and Complaint to The Bank of New York.

Thank you for your attention to this matter.

Best regards,

/s/ Lee Segal

Segal & Schuh Law Group, P.L.
Lee Segal, Esquire

cc:    Bank of New York, as Trustee

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT PIERCE DIVISION

FLORIDA LIMITED
INVESTMENTS
PROPERTIES, INC.,
     Plaintiff(s),

vs.

DEUTSCHE           BANK
NATIONAL         TRUST
COMPANY, as Trustee, et. al.,
     Defendant(s).

CASE NO.: 2:21-CV-14039-MSS-CPT

## NOTICE OF FILING AFFIDAVIT OF LIOR SEGAL

     Plaintiff, FLORIDA LIMITED INVESTMENTS, INC., by and through its

undersigned counsel, hereby gives notice of the filing of Affidavit of Lior Segal.

/s/ Lee Segal, Esquire
_____
Lee Segal, Esquire (FBN: 37837)
**SEGAL & SCHUH LAW GROUP, P.L.**
18167 U.S. Highway North, Suite 100
Clearwater, Florida 33764
Tel: (727) 824-5775 Fax: (877) 636-7408
lee@segalschuh.com – Attorney
marie@segalschuh.com – Paralegal
*Counsel for Plaintiff, Florida Limited*
*Investment Properties, Inc.*

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a copy of the foregoing was sent via the CM/ECF
Portal to Beth Ann Norrow, Esquire, Greenberg Traurig, LLP, 450 S Orange Ave.,
Suite 650, Orlando, FL 32801 at norrowb@gtlaw.com on this 13th day of February,
2021.

/s/ Lee Segal, Esquire

1

_____
Lee Segal, Esquire (FBN: 37837)
**SEGAL & SCHUH LAW GROUP, P.L.**
18167 U.S. Highway North, Suite 100
Clearwater, Florida 33764
Tel: (727) 824-5775 Fax: (877) 636-7408
lee@segalschuh.com – Attorney
marie@segalschuh.com – Paralegal
*Counsel for Plaintiff, Florida Limited*
*Investment Properties, Inc.*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DITRICT OF FLORIDA
FORT PIERCE DIVISION

FLORIDA LIMITED INVESTMENT
PROPERTIES, INC.,

       Plaintiff,

                                   Case No. 2:21-cv-14039

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee,

       Defendant.

_____/

## AFFIDAVIT OF LIOR SEGAL

State of Florida
County of Pinellas

       I, Lior Segal, having been duly sworn, deposes and says as follows:

       1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

       2.     I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

       3.     On or about October 16, 2020, I received a letter from CT Corporation ("CT"), dated October 9, 2020, a copy of which is attached to the Motion to Quash Service of Process filed by DBNTC in this case.

       4.     On or about October 16, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC.  My purpose in doing so was to ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was properly obtained.

5.     On or about October 16, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.

_/s/ Lior Segal_____          Feb. 12, 2021_____
Lior Segal                               Date

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### KEY WEST DIVISION

ERIKA GINSBERG-KLEMMT,

     Plaintiff,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-5, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-5, et. al.,

     Defendant(s).

CASE NO.: 4:21-CV-10010-JLK

## NOTICE OF FILING AFFIDAVIT OF LIOR SEGAL

Plaintiff, ERIKA GINSBERG-KLEMMT, by and through her undersigned counsel, gives notice of filing of the Affidavit of Lior Segal.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was sent via the CM/ECF Portal to Beth Ann Norrow, Esquire, Greenberg Traurig, LLP, 450 S Orange Ave., Suite 650, Orlando, FL 32801 at norrowb@gtlaw.com on this 12th day of February, 2021

     /s/ Lior Segal, Esquire

     _____

     Lior Segal, Esquire (FBN: 37837)
     **SEGAL & SCHUH LAW GROUP, P.L.**
     18167 U.S. Highway North, Suite 100
     Clearwater, Florida 33764
     Tel: (727) 824-5775 Fax: (877) 636-7408
     lee@segalschuh.com – Attorney
     marie@segalschuh.com – Paralegal
     *Counsel for Plaintiff, Erika Ginsberg-Klemmt*

1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DITRICT OF FLORIDA
KEY WEST DIVISION

ERIKA GINSBERG-KLEMMT,

      Plaintiff,

                                      Case No. 4:21-cv-10010

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for American Home Mortgage Assets Trust
2006-5, Mortgage-Backed Pass-Through Certificates,
Series 2006-5,

      Defendant.

_____/

## **AFFIDAVIT OF LIOR SEGAL**

State of Florida
County of Pinellas

      I, Lior Segal, having been duly sworn, deposes and says as follows:

      1.      I am over 18 years of age, competent, and state these facts upon my personal knowledge.

      2.      I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

      3.      On or about October 30, 2020, I received a letter from CT Corporation ("CT") asserting that CT was not the Registered Agent for DBNTC and was not forwarding the Summons and Complaint to it.

      4.      On or about October 30, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC.  My purpose in doing so was to ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was properly obtained.

5.      On or about October 30, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.

_/s/ Lior Segal_____          Feb. 2, 2021_____
Lior Segal                          Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

October 30, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

      Re:    Ginsberg-Klemmt v. Deutsche Bank Nat'l Trust Co., as Trustee
              Monroe County Case No. 20-CA-394

Sir or Madam:

       I am in receipt of your recent letter in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

       I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

       Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case.

       Thank you for your attention to this matter.

                  Best regards,

                  /s/ Lee Segal

                  Segal & Schuh Law Group, P.L.
                  Lee Segal, Esquire

cc:    Deutsche Bank Nat'l Trust Co., as Trustee

**EXHIBIT A**
Ginsberg-Klemmt v Deutsche / 4:21-cv-10010-JLK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GOSSAMER WING, LLC, as Trustee,

      Plaintiff,

                                                    Case No. 9:21-cv-80319

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Trustee for
the Certificateholders of CWABS, Inc.,
Asset-Backed Certificates, Series 2007-2,

      Defendant.

_____/

## NOTICE OF FILING
## AFFIDAVIT OF LEE SEGAL

      Plaintiff, GOSSAMER WING, LLC, as Trustee, by and through their undersigned counsel,

hereby gives notice of the filing of the Affidavit of Lee Segal.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished
via CM-ECF to Joseph Kohn, Esquire on this 20th day of February 2021.

                        */s/ Lee Segal, Esquire*_____
                        Lior Segal, Esquire (FBN 37837)
                        **Segal & Schuh Law Group, P.L.**
                        18167 U.S. Highway 19 North, Suite 100
                        Clearwater, Florida 33764
                        Tel: (727) 824-5775 Fax: (877) 636-7408
                        lee@Segalschuh.com (Attorney)
                        marie@segalschuh.com (Florida Registered Paralegal)

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GOSSAMER WING, LLC, as Trustee,

     Plaintiff,

                                       Case No. 9:21-cv-80319

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Trustee for
the Certificateholders of CWABS, Inc.,
Asset-Backed Certificates, Series 2007-2,

     Defendant.

_____/

## **AFFIDAVIT OF LEE SEGAL**

State of Florida
County of Pinellas

     I, Lee Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against The Bank of New York Mellon fka The Bank of New York ("BONYM"), as Trustee for a designated trust.

     3.     On or about October 25, 2020, I received a letter from CT Corporation ("CT") in this case.  The genesis of this letter was to assert that CT was not Defendant's Registered Agent and to advise me that it was not forwarding the Summons and Complaint to it.

     4.     I do not see a responsive letter in my file in this case.  That said, I received several other, similar letters from CT making this same assertion in response to service of process in other lawsuits, which letters I did prepare a response.  For instance, attached hereto is a letter dated

2

October 16, 2020 in *Eaton v. The Bank of New York*, Santa Rosa Case No. 20-CA-454. On or about that date, I left that letter in the work room of my office, located at 18167 U.S. Highway 19 North, Suite 100 in Clearwater, Florida, as I often do. My firm's routine business practice, whenever an attorney leaves a letter in this work room, is for staff to mail the letter with outgoing mail that same day.

5.      Notwithstanding the mailing of this letter, and several others like it, I never received a response from CT or BONY to any of these letters.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


 */s/ Lee Segal*_____          Feb. 20, 2021_____
Lee Segal                             Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

October 16, 2020

CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

   Re:  Eaton v. Bank of New York, as Trustee
      Santa Rosa County Case No. 20-CA-454

Sir or Madam:

   I am in receipt of your recent letters in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for an entity by the name of The Bank of New York Mellon."

   I respectfully suggest you take another look at your records. The Florida Department of State lists you as the Registered Agent for The Bank of New York, Inc., which maintains offices at 240 Greenwich Street in New York City. This is the correct Defendant in this case and the entity we are trying to serve. In fact, you'll note that the style of the case depicts not that the Defendant is "the Bank of New York Mellon," as you indicate in your letter, but "The Bank of New York Mellon fka The Bank of New York," as Trustee for a designated trust.

   Our process server believes service has been effectuated properly. I agree. As such, we urge you to forward the Summons and Complaint to The Bank of New York.

   Thank you for your attention to this matter.

      Best regards,

      /s/ Lee Segal

      Segal & Schuh Law Group, P.L.
      Lee Segal, Esquire

cc:  Bank of New York, as Trustee

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL HAULSEE and
MARCIA HAULSEE,

     Plaintiffs,

                                              Case No. 3:21-cv-00077

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee,

     Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LIOR SEGAL**

     Plaintiffs, MICHAEL HAULSEE and MARCIA HAULSEE, by and through their

undersigned counsel, hereby give notice of the filing of the Affidavit of Lior Segal.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Beth Norrow, Esquire on this 9th day of February, 2021.

                                       *__/s/ Jake C. Blanchard_____*
                                       Jake C. Blanchard, Esq.
                                       Blanchard Law, P.A.
                                       1501 Belcher Road South
                                       Unit 6B
                                       Largo, FL 33771
                                       Phone: 727-531-7068
                                       Fax: 727-535-2086
                                       Email: jake@jakeblanchardlaw.com
                                       www.jakeblanchardlaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL HAULSEE and
MARCIA HAULSEE,

     Plaintiffs,

                                        Case No. 3:21-cv-00077

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee,

     Defendant.

_____/


**AFFIDAVIT OF LIOR SEGAL**

State of Florida
County of Pinellas

     I, Lior Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney.  I represented the Plaintiffs in other litigation.  I also represent other parties in other lawsuits, similar to this one, against Deutsche Bank National Trust Company ("DBNTC").

     3.     On or about September 3, 2020, I received a letter from CT Corporation ("CT"), purporting to indicate that DBNTC was not the Registered Agent for DBNTC.

     4.     On or about September 3, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC.  My purpose in doing so was to ensure that CT and DBNTC were aware of my clients' position, *i.e.* that service of process was

properly obtained, because CT was served at the direction of DBNTC.  In fact, I sent many other, similar letters in other cases, as that issue arose.

5.      On or about September 3, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


 _/s/ Lior Segal_____        Feb. 3, 2021_____
Lior Segal                          Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

September 3, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

      Re:     Haulsee v. Deutsche Bank Nat'l Trust Co., as Trustee
               Okaloosa County Case No. 20-CA-2507

Sir or Madam:

      I am in receipt of your recent letter in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

      I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

      Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case.

      Thank you for your attention to this matter.

                      Best regards,

                      /s/ Lee Segal

                      Segal & Schuh Law Group, P.L.
                      Lee Segal, Esquire

cc:     Deutsche Bank Nat'l Trust Co., as Trustee

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

4417 RUDDER WAY LAND TRUST,
By: Inland Assets, LLC, Trustee,

     Plaintiff,

                                      Case No. 3:21-cv-00040

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for GSAMP Trust 2006-NC2, Mortgage
Pass-Through Certificates, Series 2006-NC2

     Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LIOR SEGAL**

     Plaintiff, 4417 RUDDER WAY LAND TRUST, By: Inland Assets, LLC, Trustee, by and

through its undersigned counsel, hereby gives notice of the filing of the Affidavit of Lior Segal.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Beth Norrow, Esquire on this 8th day of February, 2021.

                           */s/ Lior Segal, Esquire*
                           Lior Segal, Esquire (FBN 37837)
                           **Segal & Schuh Law Group, P.L.**
                           18167 U.S. Highway 19 North, Suite 100
                           Clearwater, Florida 33764
                           Tel: (727) 824-5775 Fax: (877) 636-7408
                           lee@Segalschuh.com (Attorney)
                           marie@segalschuh.com (Florida Registered Paralegal)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

4417 RUDDER WAY LAND TRUST,
By: Inland Assets, LLC, Trustee,

      Plaintiff,

                                      Case No. 3:21-cv-00040

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for GSAMP Trust 2006-NC2, Mortgage
Pass-Through Certificates, Series 2006-NC2

      Defendant.
_____/

## **AFFIDAVIT OF LIOR SEGAL**

State of Florida
County of Pinellas

    I, Lior Segal, having been duly sworn, deposes and says as follows:

    1.    I am over 18 years of age, competent, and state these facts upon my personal knowledge.

    2.    I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

    3.    On or about October 30, 2020, I received a letter from CT Corporation ("CT") purporting to reflect that it was not the Registered Agent for DBNTC in this case and was not accepting service.

    4.    On or about October 30, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC.  My purpose in doing so was to

ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was properly obtained.

5.      On or about October 30, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.

 */s/ Lior Segal*_____        Feb. 8, 2021_____
Lior Segal                          Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

October 30, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

Re:     4417 Rudder Way v. Deutsche Bank Nat'l Trust Co., as Trustee
Columbia County Case No. 20-CA-245

Sir or Madam:

I am in receipt of your recent letter in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case. Should you fail to do so, the case will proceed forward in its absence.

Thank you for your attention to this matter.

Best regards,

/s/ Lee Segal

Segal & Schuh Law Group, P.L.
Lee Segal, Esquire

cc:     Deutsche Bank Nat'l Trust Co., as Trustee

4417 Rudder Way Land Trust v Deutsche / 3:21-cv-00040
EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

INLAND ASSETS, LLC, as Trustee of the 8101 Lake
Serene Drive Land Trust,

       Plaintiff,

                                    Case No. 6:21-cv-443-RBD-LRH

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Trustee for the
Certificateholders CWMBS, Inc., CHL Mortgage
Pass-Through Trust Series 2005-7, Mortgage Pass-
Through Certificates Series 2005-7,

       Defendant.

_____/

## NOTICE OF FILING
## AFFIDAVIT OF LIOR SEGAL

       Plaintiff, INLAND ASSETS, LLC, as Trustee of the 8101 Lake Serene Drive Land Trust,

by and through its undersigned counsel, hereby gives notice of the filing of the Affidavit of Lior

Segal.

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to James Walter, Esquire on this 18th day of March, 2021.

                              */s/ Lior Segal, Esquire*_____
                              Lior Segal, Esquire (FBN 37837)
                              **Segal & Schuh Law Group, P.L.**
                              18167 U.S. Highway 19 North, Suite 100
                              Clearwater, Florida 33764
                              Tel: (727) 824-5775 Fax: (877) 636-7408
                              lee@Segalschuh.com (Attorney)
                              marie@segalschuh.com (Florida Registered Paralegal)

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

INLAND ASSETS, LLC, as Trustee of the 8101 Lake
Serene Drive Land Trust,

     Plaintiff,

                                        Case No. 6:21-cv-443-RBD-LRH

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Trustee for the
Certificateholders CWMBS, Inc., CHL Mortgage
Pass-Through Trust Series 2005-7, Mortgage Pass-
Through Certificates Series 2005-7,

     Defendant.

_____/

## AFFIDAVIT OF LIOR SEGAL

State of Florida
County of Pinellas

     I, Lior Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against The Bank of New York Mellon fka The Bank of New York ("BONY"), as Trustee for a designated trust.

     3.     On or about September 29, 2020, I received a letter from CT Corporation ("CT"), a copy of which is attached to the Affidavit of Alexandre Halow in this case.

     4.     On or about September 29, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to BONY.  My purpose in doing so was to

2

ensure that CT and BONY were aware of my client's position, *i.e.* that service of process was properly obtained. This is something that I routinely did upon receipt of such a letter from CT.

5.      On or about September 29, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida. This is the type of thing that I do frequently. In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

6.      I never received a reply from CT or BONY, either to this letter or any other.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


 _/s/ Lior Segal_____       March 18, 2021_____
Lior Segal                                    Date

3

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

September 29, 2020

CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

Re:     Inland Assets, LLC v. Bank of New York, as Trustee
        Osceola County Case No. 20-CA-2287

Sir or Madam:

I am in receipt of your recent letter in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for an entity by the name of The Bank of New York Mellon."

I respectfully suggest you take another look at your records. The Florida Department of State lists you as the Registered Agent for The Bank of New York, Inc., which maintains offices at 240 Greenwich Street in New York City. This is the correct Defendant in this case and the entity we are trying to serve. In fact, you'll note that the style of the case depicts not that the Defendant is "the Bank of New York Mellon," as you indicate in your letter, but "The Bank of New York Mellon fka The Bank of New York," as Trustee for a designated trust.

Our process server believes service has been effectuated properly. I agree. As such, we urge you to forward the Summons and Complaint to The Bank of New York.

Thank you for your attention to this matter.

Best regards,

/s/ Lee Segal

Segal & Schuh Law Group, P.L.
Lee Segal, Esquire

cc:     Bank of New York, as Trustee

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACARANDA, LLC, as Trustee of the 1427
Emerald Hill Way Land Trust,

     Plaintiff,

                                    Case No. 4:21-cv-00083

v.

THE BANK OF NEW YORK MELLON f/k/a
THE BANK OF NEW YORK, as Trustee,
on Behalf of the Holders of the Alternative Loan
Trust 2006-6CB, Mortgage Pass-Through
Certificates, Series 2006-6CB,

     Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LEE SEGAL**

     Plaintiff, JACARANDA, LLC, as Trustee of the 1427 Emerald Hill Way Land Trust, by

and through its undersigned counsel, hereby gives notice of the filing of the Affidavit of Lee Segal.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished
via CM-ECF to Eric Levine, Esquire on this 17th day of February 2021.

                    */s/ Lee Segal, Esquire*
                    Lior Segal, Esquire (FBN 37837)
                    **Segal & Schuh Law Group, P.L.**
                    18167 U.S. Highway 19 North, Suite 100
                    Clearwater, Florida 33764
                    Tel: (727) 824-5775 Fax: (877) 636-7408
                    lee@Segalschuh.com (Attorney)
                    marie@segalschuh.com (Florida Registered Paralegal)

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACARANDA, LLC, as Trustee of the 1427
Emerald Hill Way Land Trust,

      Plaintiff,

                                    Case No. 4:21-cv-00083

v.

THE BANK OF NEW YORK MELLON f/k/a
THE BANK OF NEW YORK, as Trustee,
on Behalf of the Holders of the Alternative Loan
Trust 2006-6CB, Mortgage Pass-Through
Certificates, Series 2006-6CB,

      Defendant.

_____/

## **AFFIDAVIT OF LEE SEGAL**

State of Florida
County of Pinellas

      I, Lee Segal, having been duly sworn, deposes and says as follows:

      1.      I am over 18 years of age, competent, and state these facts upon my personal knowledge.

      2.      I am an attorney. I represent the Plaintiff in this action and several other, similar lawsuits against The Bank of New York Mellon fka The Bank of New York ("BONYM"), as Trustee for a designated trust.

      3.      On or about October 1, 2020, I received a letter from CT Corporation ("CT"), dated September 24, 2020, a copy of which is attached to the Motion to Vacate Final Judgment filed by Defendant in this case.

      4.      On or about October 1, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to BONYM. My purpose in doing so was to

ensure that CT and BONYM were aware of my clients' position, *i.e.* that service of process was properly obtained.

5.      On or about October 1, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


 */s/ Lee Segal*_____          Feb. 17, 2021_____
Lee Segal                                       Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

October 1, 2020

CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

   Re: Jacaranda v. Bank of New York, as Trustee
     Wakulla County Case No. 20-CA-132

Sir or Madam:

  I am in receipt of your letter dated September 24, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for an entity by the name of The Bank of New York Mellon."

  I respectfully suggest you take another look at your records. The Florida Department of State lists you as the Registered Agent for The Bank of New York, Inc., which maintains offices at 240 Greenwich Street in New York City. This is the correct Defendant in this case and the entity we are trying to serve. In fact, you'll note that the style of the case depicts not that the Defendant is "the Bank of New York Mellon," as you indicate in your letter, but "The Bank of New York Mellon fka The Bank of New York," as Trustee for a designated trust.

  Our process server believes service has been effectuated properly. I agree. As such, we urge you to forward the Summons and Complaint to The Bank of New York.

  Thank you for your attention to this matter.

     Best regards,

     /s/ Lee Segal

     Segal & Schuh Law Group, P.L.
     Lee Segal, Esquire

cc: Bank of New York, as Trustee

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

KENNETH B. KAYE, JR. and
KRISTINE KAYE,

     Plaintiffs,

                                     Case No. 8:21-cv-00469-WFJ-TGW

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Trustee for the
Certificateholders of CWALT, Inc., Alternative
Loan Trust 2007-OH3, Mortgage Pass-Through
Certificates, Series 2007-OH3,

     Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LIOR SEGAL**

     Plaintiffs, KENNETH B. KAYE, JR. and KRISTINE KAYE, by and through their

undersigned counsel, hereby give notice of the filing of the Affidavit of Lior Segal.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Heather Fesnak, Esquire on this 22nd day of March, 2021.

                    */s/ Lior Segal, Esquire*
                    Lior Segal, Esquire (FBN 37837)
                    **Segal & Schuh Law Group, P.L.**
                    18167 U.S. Highway 19 North, Suite 100
                    Clearwater, Florida 33764
                    Tel: (727) 824-5775 Fax: (877) 636-7408
                    lee@Segalschuh.com (Attorney)
                    marie@segalschuh.com (Florida Registered Paralegal)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

KENNETH B. KAYE, JR. and
KRISTINE KAYE,

       Plaintiffs,

                                    Case No. 8:21-cv-00469-WFJ-TGW

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Trustee for the
Certificateholders of CWALT, Inc., Alternative
Loan Trust 2007-OH3, Mortgage Pass-Through
Certificates, Series 2007-OH3,

       Defendant.

_____/

## **AFFIDAVIT OF LIOR SEGAL**

State of Florida
County of Pinellas

       I, Lior Segal, having been duly sworn, deposes and says as follows:

       1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

       2.     I am an attorney. I represent the Plaintiffs in this action and several other, similar lawsuits against The Bank of New York Mellon fka The Bank of New York ("BONYM"), as Trustee for a designated trust.

       3.     On or about May 7, 2020, I received a letter from CT Corporation ("CT"), dated April 30, 2020, a copy of which is attached to the Motion to Vacate filed by Defendant in this case.

       4.     On or about May 7, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to BONYM. My purpose in doing so was to ensure

that CT and BONYM were aware of my clients' position, *i.e.* that service of process was properly obtained.

5.     On or about May 7, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.

_/s/ Lior Segal_____     March 22, 2021_____
Lior Segal                            Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

May 7, 2020

CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

      Re:    Kenneth Kaye v. Bank of New York, as Trustee
               Pinellas County Case No. 2020-CA-148

Sir or Madam:

I am in receipt of your letter dated April 30, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for an entity by the name of The Bank of New York Mellon."

I respectfully suggest you take another look at your records. The Florida Department of State lists you as the Registered Agent for The Bank of New York, Inc., which maintains offices at 240 Greenwich Street in New York City. This is the correct Defendant in this case and the entity we are trying to serve. In fact, you'll note that the style of the case depicts not that the Defendant is "the Bank of New York Mellon," as you indicate in your letter, but "The Bank of New York Mellon fka The Bank of New York," as Trustee for a designated trust.

Our process server believes service has been effectuated properly. I agree. As such, we urge you to forward the Summons and Complaint to The Bank of New York.

Thank you for your attention to this matter.

                    Best regards,

                    /s/ Lee Segal

                    Segal & Schuh Law Group, P.L.
                    Lee Segal, Esquire

cc:    Bank of New York, as Trustee

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAMMY KENNY,

     Plaintiff,

Case No. 2:20-cv-00009

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee of Argent Mortgage Securities, Inc. Asset-
Backed Pass Through Certificates Series 2004-W11,
Under the Pooling and Servicing Agreement dated as of
October 1, 2004 Without Recourse,

     Defendant.

_____/

## NOTICE OF FILING
## AFFIDAVIT OF LEE SEGAL

    Plaintiff, TAMMY KENNY, by and through her undersigned counsel, hereby gives notice

of the filing of the Affidavit of Lior Segal.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Beth Norrow, Esquire on this 1st day of January, 2021.

        */s/ Lior Segal, Esquire*
        Lior Segal, Esquire (FBN 37837)
        **Segal & Schuh Law Group, P.L.**
        18167 U.S. Highway 19 North, Suite 100
        Clearwater, Florida 33764
        Tel: (727) 824-5775 Fax: (877) 636-7408
        lee@Segalschuh.com (Attorney)
        marie@segalschuh.com (Florida Registered Paralegal)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAMMY KENNY,

     Plaintiff,

v.

                                   Case No. 2:20-cv-00009

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee of Argent Mortgage Securities, Inc. Asset-
Backed Pass Through Certificates Series 2004-W11,
Under the Pooling and Servicing Agreement dated as of
October 1, 2004 Without Recourse,

     Defendant.

_____/

## <u>AFFIDAVIT OF LIOR SEGAL</u>

State of Florida
County of Pinellas

     I, Lee Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

     3.     After service of process was performed upon CT Corporation ("CT") in the manner instructed by security personnel at 60 Wall Street in New York City, New York between July and November, 2020, I received letters from CT Corporation in a handful of cases (but, notably, not this case) indicating that CT was not DBNTC's registered agent.  My clients, however, were not taking the position that CT was DBNTC's "registered" agent, merely that it was its agent for

purposes of receiving service of process, per the instructions from the security personnel at 60 Wall Street throughout this time.

4.    My standard response, upon receipt of such a letter, was to draft a response to CT, with a copy to DBNTC, indicating that I believed service was proper and that the case would proceed forward.  An example of one such response is attached hereto.

5.    In this case, I never received a letter from CT disavowing service, so I did not send my standard response in this case.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


 _/s/ Lior Segal_____          Feb. 1, 2021_____
Lior Segal                              Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AVA LOFGREN, f/k/a NICHOLAS LOFGREN,

        Plaintiff,

                                        Case No. 0:21-cv-60374

v.

BANK OF NEW YORK MELLON f/k/a
THE BANK OF NEW YORK, as Trustee,
on Behalf of the Holders of the Alternative
Loan Trust 2005-76, Mortgage Pass-Through
Certificates Series 2005-76,

        Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LEE SEGAL**

        Plaintiff, AVA LOFGREN, f/k/a NICHOLAS LOFGREN, by and through her undersigned

counsel, hereby gives notice of the filing of the Affidavit of Lee Segal.

**CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished
via CM-ECF to Nardo Dorsin, Esquire on this 23rd day of February 2021.

                          */s/ Lee Segal, Esquire*_____
                          Lee Segal, Esquire (FBN 37837)
                          **Segal & Schuh Law Group, P.L.**
                          18167 U.S. Highway 19 North, Suite 100
                          Clearwater, Florida 33764
                          Tel: (727) 824-5775 Fax: (877) 636-7408
                          lee@Segalschuh.com (Attorney)
                          marie@segalschuh.com (Florida Registered Paralegal)

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AVA LOFGREN, f/k/a NICHOLAS LOFGREN,

      Plaintiff,

                                    Case No. 0:21-cv-60374

v.

BANK OF NEW YORK MELLON f/k/a
THE BANK OF NEW YORK, as Trustee,
on Behalf of the Holders of the Alternative
Loan Trust 2005-76, Mortgage Pass-Through
Certificates Series 2005-76,

      Defendant.

_____/

## AFFIDAVIT OF LEE SEGAL

State of Florida
County of Pinellas

      I, Lee Segal, having been duly sworn, deposes and says as follows:

      1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

      2.     I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against The Bank of New York Mellon fka The Bank of New York ("BONYM"), as Trustee for a designated trust.

      3.     On or about October 21, 2020, I received a letter from CT Corporation ("CT") in this case.  The genesis of the letter was to assert that CT was not Defendant's Registered Agent and would not be forwarding a copy of the Summons and Complaint to it.

      4.     On or about October 21, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to BONYM.  My purpose in doing so was to ensure that CT and BONYM were aware of my client's position, *i.e.* that service of process was

2

properly obtained.  This was one of many such letters to CT that I prepared like this, with a copy to BONYM.

5.      On or about October 21, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

6.      Notwithstanding the mailing of this letter, and several others like it, I never received a response from CT or BONYM to any of these letters.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


 _/s/ Lee Segal_____          Feb. 23, 2021_____
Lee Segal                              Date

**Segal & Schuh** Law Group, P.L.
ATTORNEYS AND COUNSELORS AT LAW

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

October 21, 2020

CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

      Re:    Lofgren v. Bank of New York, as Trustee
             Broward County Case No. 20-CA-16832

Sir or Madam:

      I am in receipt of your recent letter in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for an entity by the name of The Bank of New York Mellon."

      I respectfully suggest you take another look at your records. The Florida Department of State lists you as the Registered Agent for The Bank of New York, Inc., which maintains offices at 240 Greenwich Street in New York City. This is the correct Defendant in this case and the entity we are trying to serve. In fact, you'll note that the style of the case depicts not that the Defendant is "the Bank of New York Mellon," as you indicate in your letter, but "The Bank of New York Mellon fka The Bank of New York," as Trustee for a designated trust.

      Our process server believes service has been effectuated properly. I agree. As such, we urge you to forward the Summons and Complaint to The Bank of New York.

      Thank you for your attention to this matter.

             Best regards,

             /s/ Lee Segal

             Segal & Schuh Law Group, P.L.
             Lee Segal, Esquire

cc:    Bank of New York, as Trustee

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LP ASSETS, LLC, as Trustee,

     Plaintiff,

                                        Case No. 8:21-cv-00338

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for Financial Asset Securities Corp., Soundview
Home Loan Trust 2007-WMCI, Asset-Backed Certificates,
Series 2007-WMCI,

     Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LIOR SEGAL**

     Plaintiff, LP ASSETS, LLC, as Trustee, by and through its undersigned counsel, hereby

gives notice of the filing of the Affidavit of Lior Segal.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Heather Fesnak, Esquire on this 12th day of February, 2021.

                         */s/ Lior Segal, Esquire*
                         Lior Segal, Esquire (FBN 37837)
                         **Segal & Schuh Law Group, P.L.**
                         18167 U.S. Highway 19 North, Suite 100
                         Clearwater, Florida 33764
                         Tel: (727) 824-5775 Fax: (877) 636-7408
                         lee@Segalschuh.com (Attorney)
                         marie@segalschuh.com (Florida Registered Paralegal)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LP ASSETS, LLC, as Trustee,

     Plaintiff,

                                             Case No.  8:21-cv-00338

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for Financial Asset Securities Corp., Soundview
Home Loan Trust 2007-WMCI, Asset-Backed Certificates,
Series 2007-WMCI,

     Defendant.

_____/

## AFFIDAVIT OF LIOR SEGAL

State of Florida
County of Pinellas

     I, Lior Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

     3.     On or about August 21, 2020, I received a letter from CT Corporation ("CT"), dated August 14, 2020, a copy of which is attached to the Motion to Quash Service of Process filed by DBNTC in this case.

     4.     On or about August 21, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC.  My purpose in doing so was to

ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was properly obtained.

5.      On or about August 21, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.

 _/s/ Lior Segal_____           Feb. 12, 2021_____
Lior Segal                             Date

# Segal & Schuh Law Group, P.L.
## ATTORNEYS AND COUNSELORS AT LAW

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

August 21, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

      Re:    LP Assets, LLC v. Deutsche Bank Nat'l Trust Co., as Trustee
             Pinellas County Case No. 20-3799-CI

Sir or Madam:

      I am in receipt of your recent letter in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

      I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

      Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case. Should you fail to do so, the case will proceed forward in its absence.

      Thank you for your attention to this matter.

                Best regards,

                /s/ Lee Segal

                Segal & Schuh Law Group, P.L.
                Lee Segal, Esquire

cc:    Deutsche Bank Nat'l Trust Co., as Trustee

EXHIBIT A
LP Assets v Deutsche / 8:21-cv-00338-MSS-CPT

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARKET TAMPA INVESTMENTS, LLC,

     Plaintiff,

                                Case No. 5:21-cv-00037

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for Novastar Mortgage Funding Trust,
Series 2007-1 Novastar Home Equity Loan Asset-Backed
Certificates, Series 2007-1,

     Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LIOR SEGAL**

     Plaintiff, MARKET TAMPA INVESTMENTS, LLC, by and through its undersigned

counsel, hereby gives notice of the filing of the Affidavit of Lior Segal.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Beth Norrow, Esquire on this 1st day of February, 2021.

                             */s/ Lior Segal, Esquire*
                              Lior Segal, Esquire (FBN 37837)
                              **Segal & Schuh Law Group, P.L.**
                              18167 U.S. Highway 19 North, Suite 100
                              Clearwater, Florida 33764
                              Tel: (727) 824-5775 Fax: (877) 636-7408
                              lee@Segalschuh.com (Attorney)
                              marie@segalschuh.com (Florida Registered Paralegal)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARKET TAMPA INVESTMENTS, LLC,

     Plaintiff,

                                  Case No. 5:21-cv-00037

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for Novastar Mortgage Funding Trust,
Series 2007-1 Novastar Home Equity Loan Asset-Backed
Certificates, Series 2007-1,

     Defendant.

_____/

**<u>AFFIDAVIT OF LIOR SEGAL</u>**

State of Florida
County of Pinellas

     I, Lior Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

     3.     On or about September 3, 2020, I received a letter from CT Corporation ("CT"), dated August 27, 2020, a copy of which is attached to the Motion to Quash Service of Process filed by DBNTC in this case.

     4.     On or about September 3, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC.  My purpose in doing so was to

ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was properly obtained.

5.      On or about September 3, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.

_/s/ Lior Segal_____      Feb. 1, 2021_____
Lior Segal                                      Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

September 3, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

      Re:    Market Tampa v. Deutsche Bank Nat'l Trust Co., as Trustee
               Desoto County Case No. 20-CA-356

Sir or Madam:

      I am in receipt of your letter dated August 27, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

      I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

      Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case.

      Thank you for your attention to this matter.

              Best regards,

              /s/ Lee Segal

              Segal & Schuh Law Group, P.L.
              Lee Segal, Esquire

cc:    Deutsche Bank Nat'l Trust Co., as Trustee

Filing # 120374626 E-Filed 01/27/2021 09:13:10 PM

IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT,
IN AND FOR TAYLOR COUNTY, FLORIDA

9937 Sago Point Drive Land Trust,
By MDTR, LLC, Trustee,

      Plaintiff,

                                        Case No. 20-CA-380

v.

THE BANK OF NEW YORK MELLON fka
THE BANK OF NEW YORK, as Successor Trustee
to JPMorgan Chase Bank, N.A., as Trustee for
Structured Asset Mortgage Investments II Trust
2005-AR7 Mortgage Pass-Through Certificates
Series 2005-AR7,

      Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LEE SEGAL**

    Plaintiff, 9937 Sago Point Drive Land Trust, By MDTR, LLC, Trustee, by and through its

undersigned counsel, hereby gives notice of the filing of the Affidavit of Lee Segal.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been furnished via this
Court's EPortal system to Joseph Kohn, Esquire on this 27th day of January, 2021.


                              */s/ Lee Segal, Esquire*
                              Lee Segal, Esquire (FBN 37837)
                              **Segal & Schuh Law Group, P.L.**
                              18167 U.S. Highway 19 North, Suite 100
                              Clearwater, Florida 33764
                              Tel: (727) 824-5775 Fax: (877) 636-7408
                              lee@Segalschuh.com (Attorney)
                              marie@segalschuh.com (Florida Registered Paralegal)

Filing # 120374626 E-Filed 01/27/2021 09:13:10 PM

### AFFIDAVIT OF LEE SEGAL

State of Florida
County of Pinellas

I, Lee Segal, having been duly sworn, deposes and says as follows:

1. I am over 18 years of age, competent, and state these facts upon my personal knowledge.

2. I represent the Plaintiff in 9937 Sago Point Drive Land Trust v. The Bank of New York Mellon, Taylor County Case No. 20-CA-380.

3. In late September, 2020, I received a letter from CT Corporation ("CT"), a copy of which is attached to the Affidavit of Alexandre C. Halow.

4. On October 1, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to The Bank of New York Mellon ("BONYM").  My purpose in drafting it so was to ensure that CT and BONYM were aware of my client's position in this action, *i.e.* that service of process was properly obtained.

5. On October 1, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


_/s/ Lee Segal_____        Jan. 27, 2021_____
Lee Segal                          Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**



*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

October 1, 2020

CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

      Re:    9937 Sago Point Drive Land Trust v. Bank of New York Mellon, as Trustee
               Taylor County Case No. 20-CA-380

Sir or Madam:

      I am in receipt of your letter recent letter in this matter, wherein you indicate that CT Corporation System "is not the registered agent for an entity by the name of The Bank of New York Mellon."

      I respectfully suggest you take another look at your records. The Florida Department of State lists you as the Registered Agent for The Bank of New York, Inc., which maintains offices at 240 Greenwich Street in New York City. This is the correct Defendant in this case and the entity we are trying to serve. In fact, you'll note that the style of the case depicts not that the Defendant is "the Bank of New York Mellon," as you indicate in your letter, but "The Bank of New York Mellon fka The Bank of New York," as Trustee for a designated trust.

      Our process server believes service has been effectuated properly. I agree. As such, we urge you to forward the Summons and Complaint to The Bank of New York.

      Thank you for your attention to this matter.

Best regards,

/s/ Lee Segal

Segal & Schuh Law Group, P.L.
Lee Segal, Esquire

cc:    Bank of New York Mellon, as Trustee

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

QUEST SYSTEMS, LLC, as Trustee of the 16347
Coco Hammock Land Trust,

     Plaintiff,

                                  Case No. 2:21-cv-00040

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for American Home Mortgage Assets Trust
2006-2, Mortgage Pass-Through Certificates, Series 2006-2,

     Defendant.

_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LIOR SEGAL**

     Plaintiff, QUEST SYSTEMS, LLC, as Trustee of the 16347 Coco Hammock Land Trust,

by and through its undersigned counsel, hereby gives notice of the filing of the Affidavit of Lior

Segal.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Beth Norrow, Esquire on this 1st day of February, 2021.

                    */s/ Lior Segal, Esquire*
                    Lior Segal, Esquire (FBN 37837)
                    **Segal & Schuh Law Group, P.L.**
                    18167 U.S. Highway 19 North, Suite 100
                    Clearwater, Florida 33764
                    Tel: (727) 824-5775 Fax: (877) 636-7408
                    lee@Segalschuh.com (Attorney)
                    marie@segalschuh.com (Florida Registered Paralegal)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

QUEST SYSTEMS, LLC, as Trustee of the 16347
Coco Hammock Land Trust,

       Plaintiff,

                                     Case No. 2:21-cv-00040

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for American Home Mortgage Assets Trust
2006-2, Mortgage Pass-Through Certificates, Series 2006-2,

       Defendant.
_____/

## **<u>AFFIDAVIT OF LIOR SEGAL</u>**

State of Florida
County of Pinellas

       I, Lior Segal, having been duly sworn, deposes and says as follows:

       1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

       2.     I am an attorney. I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

       3.     On or about August 3, 2020, I received a letter from CT Corporation ("CT"), dated July 27, 2020, a copy of which is attached to the Motion to Quash Service of Process filed by DBNTC in this case.

       4.     On or about August 3, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC. My purpose in doing so was to

ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was properly obtained.

5.      On or about August 3, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


 */s/ Lior Segal*_____          Feb. 1, 2021_____
Lior Segal                           Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

August 3, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

      Re:    Quest Systems, LLC, as Trustee v. Deutsche Bank Nat'l Trust Co., as Trustee
              Lee County Case No. 20-CA-4636

Sir or Madam:

I am in receipt of your letter dated July 27, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case.

Thank you for your attention to this matter.

Best regards,

/s/ Lee Segal

Segal & Schuh Law Group, P.L.
Lee Segal, Esquire

cc:    Deutsche Bank Nat'l Trust Co., as Trustee

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SEAN SHANNON,
    Plaintiff,

vs

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Morgan Stanley ABS Capital I Inc., Trust 2005-HE7, Mortgage Pass-Through Certificates, Series 2005-HE7, et. al.
    Defendant(s).

**CASE NO.: 6:21-cv-00198**

## NOTICE OF FILING AFFIDAVIT OF LIOR SEGAL

Plaintiff, SEAN SHANNON, by and through his undersigned counsel, hereby gives notice of the filing of the Affidavit of Lior Segal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to Joseph Kohn, Esquire on this 5th day of February, 2021.

*/s/ Lior Segal, Esquire*
Lior Segal, Esquire (FBN 37837)
**Segal & Schuh Law Group, P.L.**
18167 U.S. Highway 19 N., Suite 100
Clearwater, FL 33764
Tel: (727) 824-5775 Fax: (877) 636-7408
lee@segalschuh.com (Attorney)
marie@segalschuh.com (Paralegal)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SEAN SHANNON,

     Plaintiff,

                                     Case No. 6:21-cv-00198

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for Morgan Stanley ABS Capital I Inc. Trust
2005-HE7, Mortgage Pass-Through Certificates, Series
2005-HE7,

     Defendant.

_____/

## AFFIDAVIT OF LIOR SEGAL

State of Florida
County of Pinellas

     I, Lior Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

     3.     On or about October 3, 2020, I received a letter from CT Corporation ("CT"), dated September 25, 2020, a copy of which is attached to the Motion to Quash Service of Process filed by DBNTC in this case.

     4.     On or about October 8, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC.  My purpose in doing so was to ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was properly obtained.  This was my standard response when I received a letter like this.

5.      On or about October 8, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.

_/s/ Lior Segal_____        Feb. 4, 2021_____

Lior Segal                          Date

# Segal & Schuh Law Group, P.L.
## ATTORNEYS AND COUNSELORS AT LAW

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

October 8, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

Re:     Sean Shannon v. Deutsche Bank Nat'l Trust Co., as Trustee
        Seminole County Case No. 2020-CA-2279

Sir or Madam:

I am in receipt of your letter dated September 25, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case. Should you fail to do so, the case will proceed forward in its absence.

Thank you for your attention to this matter.

Best regards,

/s/ Lee Segal

Segal & Schuh Law Group, P.L.
Lee Segal, Esquire

cc:     Deutsche Bank Nat'l Trust Co., as Trustee

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE WEBER, as Trustee of the 12321
Adventure Drive Land Trust dated 12/31/2011,

     Plaintiff,

                                       Case No. 2:21-cv-00039

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for New Century Home Equity Loan Trust,
Series 2005-B, Asset-Backed Pass-Through Certificates,

     Defendant.
_____/

**NOTICE OF FILING**
**AFFIDAVIT OF LIOR SEGAL**

     Plaintiff, GEORGE WEBER, as Trustee of the 12321 Adventure Drive Land Trust dated

12/31/2011, by and through his undersigned counsel, hereby gives notice of the filing of the

Affidavit of Lior Segal.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via CM-ECF to Beth Norrow, Esquire on this 1st day of February, 2021.

                    */s/ Lior Segal, Esquire*
                    Lior Segal, Esquire (FBN 37837)
                    **Segal & Schuh Law Group, P.L.**
                    18167 U.S. Highway 19 North, Suite 100
                    Clearwater, Florida 33764
                    Tel: (727) 824-5775 Fax: (877) 636-7408
                    lee@Segalschuh.com (Attorney)
                    marie@segalschuh.com (Florida Registered Paralegal)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE WEBER, as Trustee of the 12321
Adventure Drive Land Trust dated 12/31/2011,

     Plaintiff,

                                                Case No. 2:21-cv-00039

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for New Century Home Equity Loan Trust,
Series 2005-B, Asset-Backed Pass-Through Certificates,

     Defendant.

_____/

## AFFIDAVIT OF LIOR SEGAL

State of Florida
County of Pinellas

     I, Lior Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

     3.     On or about September 3, 2020, I received a letter from CT Corporation ("CT"), dated August 28, 2020, a copy of which is attached to the Motion to Quash Service of Process filed by DBNTC in this case.

     4.     On or about September 3, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC.  My purpose in doing so was to

ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was properly obtained.

5. On or about September 3, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida. This is the type of thing that I do frequently. In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.

_/s/ Lior Segal_____     Feb. 1, 2021_____
Lior Segal                         Date

# Segal & Schuh Law Group, P.L.

**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

September 3, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

    Re:    George Weber v. Deutsche Bank Nat'l Trust Co., as Trustee
              Collier County Case No. 20-CA-2637

Sir or Madam:

    I am in receipt of your letter dated August 28, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

    I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

    Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case.

    Thank you for your attention to this matter.

                    Best regards,

                    /s/ Lee Segal

                    Segal & Schuh Law Group, P.L.
                    Lee Segal, Esquire

cc:    Deutsche Bank Nat'l Trust Co., as Trustee

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT PIERCE DIVISION

ALBERT WILSON,
     Plaintiff(s),

vs.

DEUTSCHE       BANK
NATIONAL      TRUST
COMPANY, et. al.,
     Defendant(s).

CASE NO.:  2:21-CV-14036-AMC

## NOTICE OF FILING AFFIDAVIT OF LIOR SEGAL

Plaintiff, ALBERT WILSON, by and through his undersigned counsel, hereby gives notice of the filing of the Affidavit of Lior Segal.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was sent via the CM/ECF Portal to Beth Ann Norrow, Esquire, Greenberg Traurig, LLP, 450 S Orange Ave., Suite 650, Orlando, FL 32801 at norrowb@gtlaw.com on this 12th day of February, 2021.

/s/ Lior Segal, Esquire

_____
Lior Segal, Esquire (FBN: 37837)
**SEGAL & SCHUH LAW GROUP, P.L.**
18167 U.S. Highway North, Suite 100
Clearwater, Florida 33764
Tel: (727) 824-5775 Fax: (877) 636-7408
lee@segalschuh.com – Attorney
marie@segalschuh.com – Paralegal
*Counsel for Plaintiff, Albert Wilson*

1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ALBERT WILSON,

     Plaintiff,

                                        Case No. 2:21-cv-14036

v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee,

     Defendant.

_____/

**<u>AFFIDAVIT OF LIOR SEGAL</u>**

State of Florida
County of Pinellas

     I, Lior Segal, having been duly sworn, deposes and says as follows:

     1.     I am over 18 years of age, competent, and state these facts upon my personal knowledge.

     2.     I am an attorney. I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

     3.     On or about October 16, 2020, I received a letter from CT Corporation ("CT"), dated October 9, 2020, a copy of which is attached to the Motion to Quash Service of Process filed by DBNTC in this case.

     4.     On or about October 16, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC. My purpose in doing so was to ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was properly obtained.

5.      On or about October 16, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.

_/s/ Lior Segal_____        Feb. 2, 2021_____
Lior Segal                                      Date

# Segal & Schuh Law Group, P.L.
**ATTORNEYS AND COUNSELORS AT LAW**

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

October 16, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

Re:     Wilson v. Deutsche Bank Nat'l Trust Co., as Trustee
St. Lucie County Case No. 20-CA-1506

Sir or Madam:

I am in receipt of your letter dated October 9, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case.

Thank you for your attention to this matter.

Best regards,

/s/ Lee Segal

Segal & Schuh Law Group, P.L.
Lee Segal, Esquire

cc:     Deutsche Bank Nat'l Trust Co., as Trustee

# EXHIBIT A
Wilson v Deutsche / 2:21-cv-14036-AMC

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

YHT AND ASSOCIATES, INC., as Trustee
under 20438 Homosassa Court I.V. Trust
dated January 17, 2012,

      Plaintiff,

                                    Case No. 3:21-cv-00050

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee, on behalf of the holders of the Residential
Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through
Certificates, Series 2007-QS3,

      Defendant.

_____/

## NOTICE OF FILING
## AFFIDAVIT OF LIOR SEGAL

      Plaintiff, YHT AND ASSOCIATES, INC., as Trustee under 20438 Homosassa Court I.V.

Trust dated January 17, 2012, by and through its undersigned counsel, hereby gives notice of the

filing of the Affidavit of Lior Segal.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished
via CM-ECF to Beth Norrow, Esquire on this 2nd day of February, 2021.

                              */s/ Lior Segal, Esquire*
                              Lior Segal, Esquire (FBN 37837)
                              **Segal & Schuh Law Group, P.L.**
                              18167 U.S. Highway 19 North, Suite 100
                              Clearwater, Florida 33764
                              Tel: (727) 824-5775 Fax: (877) 636-7408
                              lee@Segalschuh.com (Attorney)
                              marie@segalschuh.com (Florida Registered Paralegal)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

YHT AND ASSOCIATES, INC., as Trustee
under 20438 Homosassa Court I.V. Trust
dated January 17, 2012,

      Plaintiff,

                                      Case No. 3:21-cv-00050

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee, on behalf of the holders of the Residential
Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through
Certificates, Series 2007-QS3,

      Defendant.

_____/

## **AFFIDAVIT OF LIOR SEGAL**

State of Florida
County of Pinellas

      I, Lior Segal, having been duly sworn, deposes and says as follows:

      1.      I am over 18 years of age, competent, and state these facts upon my personal knowledge.

      2.      I am an attorney.  I represent the Plaintiff in this action and several other, similar lawsuits against Deutsche Bank National Trust Company ("DBNTC").

      3.      On or about September 16, 2020, I received a letter from CT Corporation ("CT"), dated September 9, 2020, a copy of which is attached to the Motion to Quash Service of Process filed by DBNTC in this case.

      4.      On or about September 16, 2020, I prepared a responsive letter, a copy of which is attached hereto, and addressed it to CT with a copy to DBNTC.  My purpose in doing so was to

ensure that CT and DBNTC were aware of my client's position, *i.e.* that service of process was properly obtained.

5.      On or about September 16, 2020, I left this letter in the work room at my office, located at 18167 U.S. Highway 19 North, Suite 100, in Clearwater, Florida.  This is the type of thing that I do frequently.  In fact, my firm's routine business practice, whenever an attorney leaves a letter such as this in the work room, is for staff to mail that letter with the outgoing mail that same day.

I hereby certify under penalty of perjury that I have read the foregoing and the facts set forth herein are true and correct.


 */s/ Lior Segal*_____          Feb. 2, 2021_____
Lior Segal                              Date

# Segal & Schuh Law Group, P.L.
## ATTORNEYS AND COUNSELORS AT LAW

*Your Legal Partners*

LEE SEGAL, Esquire
E-mail: Lee@segalschuh.com

JILL SCHUH, Esquire
E-mail: Jill@segalschuh.com

*18167 U.S. Highway 19 North, Suite 100,*
*Clearwater, FL 33764*
*In Pinellas: (727) 824-5775*
*In Hillsborough: (813) 920-5775*
*Facsimile: (888) 672-7347*

September 16, 2020

CT Corporation System
28 Liberty Street
New York City, NY 10005

   Re:  YHT and Associates v. Deutsche Bank Nat'l Trust Co., as Trustee
      Clay County Case No. 20-CA-658

Sir or Madam:

   I am in receipt of your letter dated September 9, 2020 in the above-captioned matter, wherein you indicate that CT Corporation System "is not the registered agent for Deutsche Bank National Trust Company."

   I respectfully suggest you take another look at your records. For several months, Deutsche Bank National Trust Company has not been present at its office at 60 Wall Street in New York City (an apparent response to COVID-19). On several occasions during this time, upon preventing our process server from accessing Deutsche's office (as nobody is present), Deutsche's security guards have directed our process server to effectuate service of process upon CT Corporation System in its stead.

   Our process server believes service has been effectuated properly. In fact, he has provided us a return of service so reflecting. As such, we urge you to forward the Summons and Complaint to Deutsche Bank National Trust Company, as trustee for the designated trust in this case.

   Thank you for your attention to this matter.

      Best regards,

      /s/ Lee Segal

      Segal & Schuh Law Group, P.L.
      Lee Segal, Esquire

cc:  Deutsche Bank Nat'l Trust Co., as Trustee