UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOSSAMER WING, LLC,
    Plaintiff,

vs.

THE BANK OF NEW YORK MELLON, as TRUSTEE FOR THE CERTIFICATE-HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-2, FORMERLY KNOWN AS THE BANK OF NEW YORK et.al.,
    Defendant(s).

CASE NO.:  8:21-CV-000624-WFJ-AEP

## PLAINTIFF, GOSSAMER WING LLC'S NOTICE OF FILING

COMES NOW, Plaintiff, GOSSAMER WING LLC, by and through the undersigned counsel, to hereby provide this Notice of Filing Motion to Consolidate Related Cases for Purpose of Appeal and Amended Exhibit "A" (amended to include additional cases) to all Parties.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was sent via the CM/ECF Portal to Benjamin Bruce Brown, Esquire & Joseph T. Kohn, Esquire, Quarles & Brady, LLP, 1395 Panther Ln., Suite 300, Naples, FL  34109-7874 at benjamin.brown@quarles.com and joseph.kohn@quarles.com on this 4th day of June, 2021

/s/ Lior Segal, Esquire

_____
Lior Segal, Esquire (FBN: 37837)
**SEGAL & SCHUH LAW GROUP, P.L.**
18167 U.S. Highway North, Suite 100

1

Clearwater, Florida 33764
Tel: (727) 824-5775 Fax: (877) 636-7408
lee@segalschuh.com – Attorney
nykelle@segalschuh.com – Paralegal
*Counsel for Plaintiff, Gossamer Wing, LLC*

2