UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOSSAMER WING, LLC,
as Trustee,

      Plaintiff,

v.                                      Case No: 8:21-cv-624-WFJ-AEP

THE BANK OF NEW YORK MELLON
f/k/a THE BANK OF NEW YORK, as
Trustee for the Certificate Holders of
CWABS, Inc., Asset-Backed Certificates,
Series 2007-2,

      Defendant.
_____/

## ORDER

Defendant filed a motion for sanctions and attorney's fees, Dkt. 57, against Mr. Segal and his firm, alleging a scheme to fraudulently obtain default judgments in state courts throughout Florida. While the Court has determined that a hearing is needed on this motion, the Court understands that Mr. Segal recently suffered a stroke and is recovering in a long-term acute care facility.[1] Given resolution of the motion requires Mr. Segal's active participation, the Court abates the motion until Mr. Segal is able to appear in person.

---

[1] *See Herbert v. Deutsche Bank Nat'l Tr. Co.*, Case No. 8:21-cv-626-SPF (Dkt. 41 at 2).

Accordingly, Defendant's motion, Dkt. 57, is **ABATED**. No later than **June 21, 2022**, Mr. Segal or his law partner must apprise the Court of Mr. Segal's ability to appear.

**DONE AND ORDERED** at Tampa, Florida, on March 21, 2022.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of Record